WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
Ricardo M. Pasianotto
Lilian M. Marques
Caitlin O'Connell
David Kim

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Richard S. Kebrdle (admitted *pro hac vice*)

111 South Wacker Drive, Suite 5100
Chicago, IL 60606
(312) 881-5400
Jason N. Zakia (admitted *pro hac vice*)

*Attorneys for Antonio Reinaldo Rabelo Filho,*
*as Petitioner and Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Oi S.A., *et al.*,[1]<br><br>Debtors in a Foreign Proceeding. | Case No. 23-10193 (JPM)<br><br>Chapter 15<br>(Jointly Administered) |

## NOTICE OF CANCELLED HEARING

**PLEASE TAKE NOTICE** that the hearing to consider the relief requested in the *Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 1145(a), 1507(a), 1521(a), and 1525(a) (I) Enforcing the Brazilian RJ Plan in the United States and (II) Granting Related Relief* [ECF No. 37] (the "**Motion**"),

---

[1]   The debtors in these chapter 15 cases, along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Oi S.A. – Em Recuperação Judicial (01-43 – Brazil), Oi Brasil Holdings Coöperatief U.A. – Em Recuperação Judicial (8447 – Netherlands), Portugal Telecom International Finance B.V. – Em Recuperação Judicial (5023 – Netherlands).

which was scheduled to take place before the Honorable Judge John P. Mastando III of the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") on June 20, 2024 at 11:00 a.m. (prevailing New York time), has been cancelled.

**PLEASE TAKE FURTHER NOTICE** that, as stated in the *Notice of Hearing on Motion for Order Pursuant to 11 U.S.C. § 105(a), 1145(a), 1507(a), 1521(a), and 1525(a) (I) Enforcing the Brazilian RJ Plan in the United States and (II) Granting Related Relief* [ECF No. 39] (the "**Hearing Notice**"), if no response or objection is timely filed and served by 4:00 p.m. (prevailing New York time) on or before June 13, 2024 (the "**Objection Deadline**"), the Bankruptcy Court may grant the relief requested in the Motion without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that, as no objection to the Motion or the relief requested therein was received by the Objection Deadline, the undersigned counsel, on behalf of Antonio Renaldo Rabelo Filho, in his capacity as foreign representative (the "**Foreign Representative**") for each of the Chapter 15 Debtors in respect of the Brazilian RJ Proceeding in the above-captioned Chapter 15 Cases, filed the *Certificate of No Objection* [ECF No. 41] on June 14, 2024.

**PLEASE TAKE FURTHER NOTICE** that, on June 17, 2024, the Bankruptcy Court entered the *Order (I) Granting Full Force and Effect to the Brazilian RJ Plan in the United States and (II) Granting Related Relief* [ECF No. 42], granting the relief requested in the Motion without holding a hearing.

*[The remainder of this page is intentionally left blank]*

New York, New York

Dated: June 18, 2024

*/s/ Richard S. Kebrdle*

Richard S. Kebrdle

**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
Ricardo M. Pasianotto
Lilian M. Marques
Caitlin O'Connell
David Kim

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Richard S. Kebrdle (admitted *pro hac vice*)

111 South Wacker Drive, Suite 5100
Chicago, IL 60606
(312) 881-5400
Jason N. Zakia (admitted *pro hac vice*)

*Attorneys for Antonio Reinaldo Rabelo Filho, as Petitioner and Foreign Representative*