WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
Philip M. Abelson
Ricardo M. Pasianotto

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Richard S. Kebrdle (admitted *pro hac vice*)

111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
(312) 881-5400
Jason N. Zakia (admitted *pro hac vice*)

*Attorneys for Rodrigo Caldas de Toledo Aguiar,
as Petitioner and Foreign Representative*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 15 |
| | ) | |
| Oi S.A., *et al.*,[1] | ) | Case No. 23-10193 (JPM) |
| | ) | (Jointly Administered) |
| Debtors in a Foreign Proceeding. | ) | |
| | ) | |

**DISCLOSURE PURSUANT TO 11 U.S.C. § 1518 REGARDING
<u>SUBSTITUTION OF FOREIGN REPRESENTATIVE</u>**

---

[1] The debtors in these chapter 15 cases, along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Oi S.A. (01-43 – Brazil), Oi Brasil Holdings Coöperatief U.A. (8447 – Netherlands), Portugal Telecom International Finance B.V. (5023 – Netherlands).

Rodrigo Caldas de Toledo Aguiar, by and through his undersigned counsel, respectfully submits this statement pursuant to section 1518 of title 11 of the United States Code (the "**Bankruptcy Code**") to inform this Court of his appointment as the new duly-authorized foreign representative (the "**Foreign Representative**") with respect to the jointly-administered judicial reorganization (*recuperação judicial* or "**RJ**") proceeding (the "**Brazilian RJ Proceeding**"),[2] of Oi S.A. ("**Oi**"), Oi Brasil Holdings Coöperatief U.A. ("**Coop**"), and Portugal Telecom International Finance B.V. ("**PTIF**") (collectively, the "**Chapter 15 Debtors**" or "**RJ Debtors**"), commenced on January 31, 2023 pursuant to Federal Law No. 11.101 of February 9, 2005 (the "**Brazilian Bankruptcy Law**") of the laws of the Federative Republic of Brazil before the 7th business court of the city and state of Rio de Janeiro, Brazil (the "**Brazilian RJ Court**").

## APPOINTMENT OF NEW FOREIGN REPRESENTATIVE

1. On March 29, 2023, in its order recognizing the Brazilian RJ Proceeding as the foreign main proceeding of the Chapter 15 Debtors, this Court recognized Mr. Antonio Reinaldo Rabelo Filho as the duly-authorized foreign representative of the Brazilian RJ Proceeding with respect to each of the Chapter 15 Debtors, within the meaning of section 101(24) of the Bankruptcy Code. *Order Granting Recognition of Foreign Main Proceeding and Certain Related Relief* [ECF No. 30].

2. On May 9, 2025, pursuant to a resolution of the Board of Officers of Oi (i) revoked the appointment of Mr. Antonio Reinaldo Rabelo Filho as foreign representative of the Brazilian RJ Proceeding with respect to each of the Chapter 15 Debtors and his power-of-attorney to act as such, and (ii) appointed Mr. Rodrigo Caldas de Toledo Aguiar as the new duly-authorized Foreign Representative of the Brazilian RJ Proceeding for each of the Chapter

---

[2] The case number for the Brazilian RJ Proceeding before the Brazilian RJ Court is 0809863-36.2023.8.19.0001.

15 Debtors, within the meaning of section 101(24) of the Bankruptcy Code, and granted him a power-of-attorney to act as such.  On May 30, 2025, the management boards of Coop and PTIF passed similar resolutions revoking the appointment of Mr. Antonio Reinaldo Rabelo Filho as foreign representative and appointing Mr. Rodrigo Caldas de Toledo Aguiar as the new duly-authorized Foreign Representative.  Copies of the resolutions are attached hereto as **Exhibits A-C**.

       3.       The Foreign Representative will continue to keep the Court apprised of further developments with respect to the Brazilian RJ Proceeding.

*[The remainder of this page left intentionally blank.]*

Dated: June 3, 2025

New York, New York

                                        Respectfully submitted,

                                        By:  */s/ Ricardo M. Pasianotto*
                                        Ricardo M. Pasianotto

**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
Philip M. Abelson
Ricardo M. Pasianotto
philip.abelson@whitecase.com
ricardo.pasianotto@whitecase.com

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Richard S. Kebrdle (admitted *pro hac vice*)
rkebrdle@whitecase.com

111 South Wacker Drive, Suite 5100
Chicago, IL 60606
(312) 881-5400
Jason N. Zakia (admitted *pro hac vice*)
jzakia@whitecase.com

*Attorneys for Rodrigo Caldas de Toledo Aguiar, as Petitioner and Foreign Representative*