# Exhibit A

**Oi S.A. Meeting Minutes and Board Resolution**

**Oi S.A. – Em Recuperação Judicial**
CNPJ/ME n° 76.535.764/0001-43
NIRE nº 33.30029520-8
COMPANHIA ABERTA

**Oi S.A. – In Judicial Reorganization**
CORPORATE TAXPAYER'S REGISTRY
(*CNPJ/ME*) no. 76.535.764/0001-43
BOARD OF TRADE (*NIRE*) no. 33.3.0029520-8
PUBLICLY-HELD COMPANY

**ATA DA REUNIÃO EXTRAORDINÁRIA DA DIRETORIA REALIZADA EM 09 DE MAIO DE 2025**

**I. DATA, HORA E LOCAL DA REUNIÃO**: Aos 09 de maio de 2025, às 10h, na sede da Oi S.A. – Em Recuperação Judicial ("Companhia"), por circuito deliberativo.
**II. CONVOCAÇÃO**: Realizada por mensagens individuais enviadas aos Diretores.
**III. QUORUM E PRESENÇAS**: Presente a maioria dos membros da Diretoria, ao final assinados. Presente, ainda, a Sra. Daniella Geszikter Ventura, na qualidade de representante da Companhia.
**IV. MESA**: Presidente da Mesa: Marcelo José Milliet; Secretária: Daniella Geszikter Ventura.
**V. ORDEM DO DIA:** Deliberar acerca da nomeação para o cargo de Representante Estrangeiro ("*foreign representative*") e outorga de procuração pela Companhia ao Sr. Rodrigo Caldas de Toledo Aguiar, com destituição do Sr. Antonio Reinaldo Rabelo Filho do referido cargo.

**VI. DELIBERAÇÕES**: Após exame e discussão da matéria da Ordem do Dia, os Diretores aprovaram, por unanimidade, (**1**) destituição do Sr. **Antonio Reinaldo Rabelo Filho**, brasileiro, casado, advogado, inscrito na OAB/BA sob o n° 15.537 e na OAB/RJ sob o nº 118.895, inscrito no CPF/MF sob o nº 917.413.785-91, com endereço na Cidade e Estado do Rio de Janeiro, com escritório na Rua Barão da Torre, 550, Apt. 201, Ipanema, 22411-002, Rio de Janeiro, RJ, Brasil, do cargo de Representante Estrangeiro, com revogação de todos os poderes outorgados a ele no âmbito da procuração outorgada em 2 de fevereiro de 2023, com efeitos a partir desta data; e (**2**) a nomeação e a outorga de procuração pela Companhia, ao Sr. **Rodrigo Caldas de Toledo**

**MINUTES OF THE EXTRAORDINARY MEETING OF THE BOARD OF OFFICERS, HELD ON MAY 09, 2025.**

**I. DATE, TIME AND PLACE**: on May 09, 2025, at 10:00 a.m. at the headquarters of Oi S.A. – In Judicial Reorganization (the "Company"), by deliberative circuit.
**II. CALL NOTICE**: By individual messages sent to the Board of Officers Members.
**III. QUORUM AND ATTENDANCE**: The majority of the Board of Officers Members were present and signed below. Mrs. Daniella Geszikter Ventura was also present as representative of the Company.
**IV. BOARD**: Chairman: Marcelo José Milliet, Secretary: Daniella Geszikter Ventura.
**V. AGENDA**: To consider the appointment as Foreign Representative and granting the power of attorney to Mr. Rodrigo Caldas de Toledo Aguiar, with the dismissal of Mr. Antonio Reinaldo Rabelo Filho from this position.

**VI. DELIBERATIONS**: After examining and discussing the matter of the Agenda, the Officers have unanimously approved (**1**) removal of Mr. **Antonio Reinaldo Rabelo Filho**, Brazilian, married, lawyer, enrolled with the State Section of Bahia of the Brazilian Bar Association (OAB/BA) under no. 15.537 and with the State Section of Rio de Janeiro of the Brazilian Bar Association (OAB/RJ) under no. 118.895, enrolled with the National Taxpayers' Registry (CPF/MF) under no. 917.413.785-91, resident in the City and State of Rio de Janeiro, with business address located at Rua Barão da Torre, 550, Apt. 201, Ipanema, 22411-002, Rio de Janeiro, RJ, Brazil, from the position of Foreign Representative, with revocation of all powers granted to him under the

Rubricar   Rubrica
MJM   FW

**Aguiar**, brasileiro, casado, economista, portador da carteira de identidade nº 9.928.376-1, expedida pela SSP/BA, inscrito no CPF/MF sob o nº 084.600.558-17, com endereço na Cidade e Estado do Rio de Janeiro, com escritório na Rua Jangadeiros, nº 48, Ipanema, Rio de Janeiro/RJ, Brasil para o cargo de Representante Estrangeiro, com poderes para representar a Companhia e suas afiliadas e/ou subsidiárias, conforme aplicável, na Holanda, Estados Unidos da América e Reino Unido e atuar nesses países como representante da Companhia com relação ao processo de recuperação judicial ajuizado pela Companhia e suas afiliadas e/ou subsidiárias sob o no. 0090940-03.2023.8.19.0001 e em trâmite no juízo recuperacional brasileiro competente, nos termos da Lei No. 11.101/05 e outras leis aplicáveis ("Processo Brasileiro"), incluindo poderes para buscar qualquer medida disponível **(i)** a um "representante estrangeiro", conforme definido no Capitulo 15 do título 11 do Código dos Estados Unidos, e **(ii)** a um "representante estrangeiro", conforme definido no artigo 2 do Cross Border Insolvency Regulations 2006 ("CBIR"), nos termos do CBIR ou outra legislação aplicável, podendo o Representante Estrangeiro, em ambos os casos, atuar como agente da Companhia na representação do Processo Brasileiro na Holanda, Estados Unidos da América e Reino Unido, incluindo para iniciar, se e quando necessário, qualquer processo auxiliar ou de reconhecimento em suporte do Processo Brasileiro (cada um, um "Processo Auxiliar Estrangeiro") e adotar quaisquer e todas as medidas em nome da Companhia (conforme permitido pela lei aplicável) que o Representante Estrangeiro considere necessário para efetivar tal medida e qualquer outra medida relacionada que ele considere prudente buscar em qualquer Processo Auxiliar Estrangeiro, bem como praticar todos os atos necessários para o fiel cumprimento do mandato.

power of attorney granted on February 2, 2023, with effect from this date; and **(2)** the Company's appointment and granting of a power of attorney to Mr. **Rodrigo Caldas de Toledo Aguiar**, Brazilian, married, economist, holder of identity card no. 9.928.376-1, issued by the SSP/BA, enrolled with the National Taxpayers' Registry (CPF/MF) under no. 084.600.558-17, resident in the City and State of Rio de Janeiro, with business address located at Rua Jangadeiros, nº 48, Ipanema, Rio de Janeiro/RJ, Brazil for the position of Foreign Representative, with powers to represent the Company and its affiliates and/or subsidiaries, as applicable, in the Netherlands, United States of America and United Kingdom, and act in those countries as its representative with respect to the judicial reorganization proceeding ("*recuperação judicial*") no. 0090940-03.2023.8.19.0001 that is pending before the applicable Brazilian bankruptcy court of jurisdiction, pursuant to Law No. 11.101/05 and other applicable laws (the "Brazilian Proceeding"), including powers for seeking any relief available **(i)** to a "foreign representative", as defined in the US Code, title 11, Chapter 15, and **(ii)** to a "foreign representative", as defined in Article 2 of the Cross Border Insolvency Regulations 2006 ("CBIR"), in accordance with the CBIR or other applicable laws, the Foreign Representative being authorized in both instances to act as the Company's agent in representing the Brazilian Proceeding in the Netherlands, United States of America, and United Kingdom, including to commence, if and when needed, any ancillary recognition or other proceeding in support of the Brazilian Proceeding (each, a "Supporting Foreign Proceeding") and take any and all actions on behalf of the Company (to the extent allowed under applicable law) that the Foreign Representative deems necessary for such relief and any further related relief that he deems prudent to seek in any Supporting Foreign Proceeding, as well as to perform all acts necessary for the faithful execution of the Power of Attorney.

Rubricar  Rubrica
MJM  FW

| | |
|---|---|
| **VII. ENCERRAMENTO**: Nada mais havendo a tratar, o Senhor Presidente deu por encerrada a reunião, da qual foi lavrada a presente ata, que, lida e aprovada, foi assinada pelos membros da Diretoria presentes à Reunião e pelos membros da mesa. | **VII. CLOSING**: Nothing further to discuss, the Chairman closed the meeting, which was drawn up in these minutes, which were read, approved and signed by the member of the Board of Officers present at the Meeting and the members of the board of the meeting. |
| Rio de Janeiro, 09 de maio de 2025. | Rio de Janeiro, May 09, 2025 |

*Assinado por:*
*Marcelo José Milliet*
—9E53305DD8A841E...
**Marcelo José Milliet**
Presidente / Chairman
Diretor Presidente e de Relações com Investidores
/ Chief Executive and Investor Relations Officer

*DocuSigned by:*
*Daniella Geszikter Ventura*
—D266BF9545834C5...
**Daniella Geszikter Ventura**
Secretária / Secretary

*Assinado por:*
*Fábio Wagner*
—998A55690A66449...
**Fábio Wagner**
Diretor Jurídico / Chief Legal Officer

| **PROCURAÇÃO** | **POWER OF ATTORNEY** |
|---|---|
| Pelo presente instrumento particular **OI S.A. – Em Recuperação Judicial**, companhia aberta organizada e existente de acordo com as leis da República Federativa do Brasil, com sede na Rua do Lavradio, No. 71, 2º andar, Centro, na Cidade e Estado do Rio de Janeiro, inscrita perante o Cadastro Nacional de Pessoas Jurídicas do Ministério da Fazenda (CNPJ/MF) sob o n° 76.535.764/0001-43 (doravante designada "OUTORGANTE"), neste ato representada de acordo com o seu Estatuto Social, nomeia e constitui: | By this private instrument, **OI S.A. – In Judicial Reorganization**, a publicly-held company organized and existing under the laws of the Federative Republic of Brazil, with its registered office at Rua do Lavradio, No. 71, 2th floor, Central district, in the City and State of Rio de Janeiro, with the Taxpayers' Register of the Ministry of Finance (CNPJ/MF) under No. 76.535.764/0001-43 (hereinafter referred to as the "GRANTOR"), herein represented in accordance with its by-laws, does hereby constitute and appoint: |
| **(1)** o Sr. **Rodrigo Caldas de Toledo Aguiar**, brasileiro, casado, economista, portador da carteira de identidade nº 9.928.376-1, expedida pela SSP/BA, inscrito no CPF/MF sob o nº 084.600.558-17, com endereço na Cidade e Estado do Rio de Janeiro, com escritório na Rua Jangadeiros, nº 48, Ipanema, Rio de Janeiro/RJ, Brasil (doravante designado "OUTORGADO"), como seu representante legal, com poderes específicos para, em seu nome e benefício, obrigar e representar individualmente a OUTORGANTE na Holanda, Estados Unidos da América e Reino Unido, com a finalidade de atuar nesses países como representante da OUTORGANTE com relação ao processo de recuperação judicial, movido pela OUTORGANTE e em trâmite sob o no. 0090940-03.2023.8.19.0001 no juízo recuperacional brasileiro competente, nos termos da Lei No. 11.101/05 e outras leis aplicáveis ("Processo Brasileiro"), incluindo poderes para buscar qualquer medida disponível *(i)* a um "representante estrangeiro", conforme definido no Capitulo 15 do título 11 do Código dos Estados Unidos, e *(ii)* a um "representante estrangeiro", conforme definido no artigo 2 do Cross Border Insolvency Regulations 2006 ("CBIR"), nos termos do CBIR ou outra legislação aplicável, podendo o OUTORGADO, em ambos os casos, atuar como agente da OUTORGANTE *(a)* na representação do Processo Brasileiro na Holanda, Estados Unidos da América e Reino Unido, incluindo para iniciar, se e quando necessário, qualquer processo auxiliar ou de reconhecimento em suporte do Processo Brasileiro (cada um, um "Processo Auxiliar Estrangeiro") e adotar quaisquer e todas as medidas em nome da OUTORGANTE (conforme permitido pela lei | **(1)** Mr. **Rodrigo Caldas de Toledo Aguiar**, Brazilian, married, economist, holder of identity card No. 9.928.376-1, issued by the SSP/BA, enrolled with the National Taxpayers' Registry (CPF/MF) under no. 084.600.558-17, resident in the City and State of Rio de Janeiro, with business address located at Rua Jangadeiros, nº 48, Ipanema, Rio de Janeiro/RJ, Brazil (hereinafter referred to as the "ATTORNEY-IN-FACT"), as its legal representative, with specific powers to individually bind and represent the GRANTOR in its name, place, and stead, in the Netherlands, United States of America, and United Kingdom, in order to act in those countries as the representative of the GRANTOR with respect to the judicial reorganization proceeding ("*recuperação judicial*") filed by the GRANTOR under no. 0090940-03.2023.8.19.0001 that is pending before the applicable Brazilian bankruptcy court of jurisdiction, pursuant to Law No. 11.101/05 and other applicable laws (the "Brazilian Proceeding"), including powers for seeking any relief available *(i)* to a "foreign representative", as defined in the US Code, title 11, Chapter 15, and *(ii)* to a "foreign representative", as defined in Article 2 of the Cross Border Insolvency Regulations 2006 ("CBIR"), in accordance with the CBIR or other applicable laws, the ATTORNEY-IN-FACT being authorized in both instances to act as the GRANTOR's agent in *(a)* representing the Brazilian Proceeding in the Netherlands, United States of America, and United Kingdom, including to commence, if and when needed, any ancillary recognition or other proceeding in support of the Brazilian Proceeding (each, a "Supporting Foreign Proceeding") and take any and all actions on behalf of the GRANTOR (to the extent allowed under applicable law) that the |

Rubricar  Rubrica
MJM      FW

| Português | English |
|---|---|
| aplicável) que o OUTORGADO considere necessário para efetivar tal medida e qualquer outra medida relacionada que ele considere prudente buscar em qualquer Processo Auxiliar Estrangeiro e *(b)* para praticar todos os atos necessários para o fiel cumprimento do presente mandato. Todos os documentos assinados pelo OUTORGADO obedecerão aos limites estabelecidos no Estatuto Social da OUTORGANTE, sendo vedado o seu substabelecimento. O OUTORGADO deve, durante a vigência do presente mandato, conduzir seus atos de forma ética e em conformidade com os termos das leis anticorrupção brasileiras ou de quaisquer outras aplicáveis sobre o objeto do presente instrumento, em especial o Foreign Corrupt Practices Act - Act, 15 U.S.C. §§ 78dd-l e seguintes dos Estados Unidos da América ("FCPA") e a Lei brasileira n° 12.846/2013 e sua respectiva regulamentação ("Regras Anticorrupção") comprometendo-se o OUTORGADO a abster-se de qualquer atividade que constitua urna violação das disposições dessas Regras Anticorrupção. O OUTORGADO não está autorizado pela OUTORGANTE a dar, oferecer, pagar, prometer pagar ou autorizar o pagamento, direta ou indiretamente, de qualquer dinheiro ou qualquer coisa de valor a qualquer autoridade governamental, consultores, representantes, parceiros ou quaisquer terceiros, bem como assegurar qualquer vantagem indevida, ou direcionar negócios para qualquer pessoa em violação às Regras Anticorrupção. Qualquer descumprimento das Regras Anticorrupção pelo OUTORGADO, em qualquer um dos seus aspectos, ensejará a revogação motivada imediata do presente mandato, podendo a OUTORGANTE tomar as medidas administrativas e judiciais cabíveis contra o OUTORGADO. | ATTORNEY-IN-FACT deems necessary for such relief and any further related relief that he deems prudent to seek in any Supporting Foreign Proceeding, and *(b)* performing all acts necessary for the faithful execution of this Power of Attorney. All the documents signed by the ATTORNEY-IN-FACT shall comply with the limits set forth in the Articles of Incorporation of the GRANTOR and the delegation of powers will not be allowed. During the term of this Power of Attorney, the ATTORNEY-IN-FACT shall act ethically and pursuant to the terms of the Brazilian anti-corruption laws or any other anti-corruption laws applicable to this Power of Attorney, especially the United States Foreign Corrupt Practices Act – Act 15 U.S.C. §§ 78dd-l et seq. ("FCPA") and the Brazilian Law No. 12,846/2013, and its respective regulations (the "Anti-Corruption Rules"), the ATTORNEY-IN-FACT undertaking to refrain from any action that violates any provisions of such Anti-Corruption Rules. The ATTORNEY-IN-FACT is not authorized by the GRANTOR to give, offer, pay, promise to pay, or otherwise authorize the payment of, direct- or indirectly, any money or anything of value to any officer or employee of any government, consultants, agents, business partners, or third-parties, as well as for the purpose of securing any improper advantage for, or directing any business to, any person, in violation of the Anti-Corruption Rules. Any violation of the Anti-Corruption Rules by the ATTORNEY-IN-FACT, in any aspect, will give rise to the immediate revocation with cause of this Power of Attorney the GRANTOR being entitled to seek all administrative and judicial measures against the ATTORNEY-IN-FACT. |
| Rio de Janeiro, 09 de maio de 2025. | Rio de Janeiro, May 09, 2025. |

**OI S.A. – Em Recuperação Judicial / Oi S.A – In Judicial Reorganization**

*Assinado por:* Marcelo José Milliet

**Marcelo José Milliet**
Diretor Presidente e de Relações com Investidores /
Chief Executive and Investor Relations Officer

*Assinado por:* Fabio Wagner

**Fabio Wagner**
Diretor Jurídico / Chief Legal Officer