**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: Oi S.A. and Antonio Reinaldo Rabelo Filho       CASE NO.: 23–10193–lgb

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 15
00–0000000

---

## NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge Lisa G Beckerman on August 4, 2025 for administration. Please style all future captions with the appropriate judicial suffix (lgb ).

Dated: August 4, 2025                           Vito Genna
                                                Clerk of the Court