# Notice Recipients

District/Off: 0208−1         User: admin                Date Created: 8/4/2025
Case: 23−10193−lgb           Form ID: 144               Total: 14

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
frep        Rodrigo Aguiar

                                                                                TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust         United States Trustee          USTPRegion02.NYECF@USDOJ.GOV
aty         Amanda Ann Parra Criste        aparracriste@whitecase.com
aty         Jason Zakia                    jzakia@whitecase.com
aty         Peter J. Strom                 peter.strom@whitecase.com
aty         Philip Abelson                 philip.abelson@whitecase.com
aty         Ricardo Pasianotto             ricardo.pasianotto@whitecase.com
aty         Richard Kebrdle                rkebrdle@whitecase.com

                                                                                TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Oi S.A.     Rua do Lavradio, No. 71, 2nd Floor     Rio de Janerio, RJ 20230−070     BRAZIL
frep        Antonio Reinaldo Rabelo Filho     Rua Barao da Torre,     550, Apt. 201, Ipanema     Rio de Janero, RJ     BRAZIL
smg         New York State Tax Commission     Bankruptcy/Special Procedures Section     P.O. Box 5300     Albany, NY 12205−0300
smg         United States Attorney's Office     Southern District of New York     Attention: Tax & Bankruptcy Unit     86 Chambers Street, Third Floor     New York, NY 10007
smg         N.Y. State Unemployment Insurance Fund     P.O. Box 551     Albany, NY 12201−0551
7998986     Oracle America, Inc.     c/o Shawn M. Christianson, Esq.     Buchalter PC     425 Market St., Suite 2900     San Francisco, CA 94105

                                                                                TOTAL: 6