WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
Philip M. Abelson
Ricardo M. Pasianotto
Claire M. Campbell (*pro hac vice* pending)
David Kim
Peter Strom (*pro hac vice* pending)

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Richard S. Kebrdle (admitted *pro hac vice*)

111 South Wacker Drive, Suite 5100
Chicago, IL 60606
(312) 881-5400
Jason N. Zakia (admitted *pro hac vice*)

*Attorneys for Rodrigo Caldas de Toledo Aguiar, as Petitioner and Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | )<br>) |
| Oi S.A. *et al.*,[1] | ) Case No. 23-10193 (LGB)<br>)<br>) Chapter 15 |
| Debtors in a Foreign Proceeding. | ) (Jointly Administered)<br>) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON AUGUST 6, 2025 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

Time of Hearing:            10:00 a.m. prevailing Eastern Time

Location of Hearing:       The Hearing will be held virtually via Zoom for Government, and any party in interest objecting to the Motion or the relief requested therein must

---

[1] The debtors in the above-captioned cases (the "**Chapter 15 Cases**"), along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Oi S.A. – Em Recuperação Judicial (01-43 – Brazil), Oi Brasil Holdings Coöperatief U.A. – Em Recuperação Judicial (8447 – Netherlands), Portugal Telecom International Finance B.V. – Em Recuperação Judicial (5023 – Netherlands).

    appear at the Hearing at the time set forth above (unless ordered otherwise by the Bankruptcy Court.) Any party in interest wishing to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, must make an electronic appearance through the "eCourtAppearances" tab on the Bankruptcy Court's website (https://www.nysb.uscourts.gov/content/judge-lisa-g-beckerman) on or before 4:00 p.m. (prevailing Eastern Time) the business day before the Hearing (the "**Appearance Deadline**") and not by emailing or otherwise contacting the Bankruptcy Court.

## CONTESTED MATTER GOING FORWARD

1. *Motion to Terminate the Recognition Order and Dismiss the Chapter 15 Cases* [ECF No. 46]

   Objection Deadline:   July 30, 2025 at 4:00 p.m. (prevailing Eastern Time)

   Objection Filed:   *Objection and Opposition to Motion to Terminate the Recognition Order and Dismiss the Chapter 15 Cases* [ECF No. 58]

   Related Filings:

   A. *Declaration of Paulo Calil Franco Padis* [ECF No. 47]

   B. *Declaration of Marcelo Jose Milliet* [ECF No. 48]

   C. *Certificate of Service* [ECF No. 50]

   D. *Statement Notifying the Court of Developments in the Brazilian RJ Proceeding Pursuant to 11 U.S.C. § 1518* [ECF No. 52]

   E. *Notice of Filing of Certified Translation of the July 18, 2025 Brazilian RJ Court Order* [ECF No. 54]

   F. *Notice of Brazilian Appellate Court Decision and Request for Continuance of Hearing and Objection Deadline [ECF 46]* [ECF No. 55]

   G. *Notice of Filing of Certified Translation of July 25, 2025 Decision of Judge Monica Costa* [ECF No. 56]

2

H. *Foreign Representative's Response to V.tal's Statement and Request for Continuance of Hearing and Objection Deadline* [ECF No. 57]

I. *Declaration of Thiago Braga Junqueira in Support of V.tal's Opposition to Oi's Motion to Terminate Chapter 15 Recognition* [ECF No. 59]

J. *Letter to the Honorable John P. Mastando from Mario O. Gazzola, dated July 31, 2025* [ECF No. 63]

K. *Letter to the Honorable John P. Mastando from Philip M. Abelson in Response to V.tal's July 31, 2025 Letter* [ECF No. 64]

L. *Letter to the Honorable John P. Mastando from Mario O. Gazzola, dated August 3, 2025* [ECF No. 66]

M. *Letter to the Honorable John P. Mastando from Philip M. Abelson in Response to V.tal's August 3, 2025 Letter* [ECF No. 67]

N. *Reply in Support of Motion to Terminate the Recognition Order and Dismiss the Chapter 15 Cases* [ECF No. 69]

O. *Statement Notifying the Court of Developments in the Brazilian RJ Proceeding Pursuant to 11 U.S.C. § 1518* [ECF No. 72]

Dated: August 5, 2025
New York, New York

                        Respectfully submitted,

By:   */s/ Philip M. Abelson*
       Philip M. Abelson

WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
Philip M. Abelson
Ricardo M. Pasianotto
Claire M. Campbell (*pro hac vice* pending)
David Kim
Peter Strom (*pro hac vice* pending)

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Richard S. Kebrdle (admitted *pro hac vice*)

111 South Wacker Drive, Suite 5100
Chicago, IL 60606
(312) 881-5400
Jason N. Zakia (admitted *pro hac vice*)

*Attorneys for Rodrigo Caldas de Toledo Aguiar,
as Petitioner and Foreign Representative*