WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
Philip M. Abelson
Ricardo M. Pasianotto
Claire M. Campbell (*pro hac vice* pending)
David Kim
Peter Strom (*pro hac vice* pending)

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Richard S. Kebrdle (admitted *pro hac vice*)

111 South Wacker Drive, Suite 5100
Chicago, IL 60606
(312) 881-5400
Jason N. Zakia (admitted *pro hac vice*)

*Attorneys for Rodrigo Caldas de Toledo Aguiar,
as Petitioner and Foreign Representative*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | )<br>)<br>) Case No. 23-10193 (LGB) |
| Oi S.A. *et al.*,[1] | )<br>)<br>) Chapter 15 |
| Debtors in a Foreign Proceeding. | ) (Jointly Administered)<br>) |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 6, 2025 AT 10:00 A.M. (PREVAILING EASTERN TIME)**

---

[1] The debtors in the above-captioned cases (the "**Chapter 15 Cases**"), along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Oi S.A. – Em Recuperação Judicial (01-43 – Brazil), Oi Brasil Holdings Coöperatief U.A. – Em Recuperação Judicial (8447 – Netherlands), Portugal Telecom International Finance B.V. – Em Recuperação Judicial (5023 – Netherlands).

[2] Amended items appear in ***bold italics***.

| | |
|---|---|
| Time of Hearing: | 10:00 a.m. prevailing Eastern Time |
| Location of Hearing: | The Hearing will be held virtually via Zoom for Government, and any party in interest objecting to the Motion or the relief requested therein must appear at the Hearing at the time set forth above (unless ordered otherwise by the Bankruptcy Court.) Any party in interest wishing to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, must make an electronic appearance through the "eCourtAppearances" tab on the Bankruptcy Court's website (https://www.nysb.uscourts.gov/content/judge-lisa-g-beckerman) on or before 4:00 p.m. (prevailing Eastern Time) the business day before the Hearing (the "**Appearance Deadline**") and not by emailing or otherwise contacting the Bankruptcy Court. |

## **CONTESTED MATTER GOING FORWARD**

1. *Motion to Terminate the Recognition Order and Dismiss the Chapter 15 Cases* [ECF No. 46]

    <u>Objection Deadline</u>:    July 30, 2025 at 4:00 p.m. (prevailing Eastern Time)

    <u>Objection Filed</u>:    *Objection and Opposition to Motion to Terminate the Recognition Order and Dismiss the Chapter 15 Cases* [ECF No. 58]

    <u>Related Filings</u>:

    A. *Declaration of Paulo Calil Franco Padis* [ECF No. 47]

    B. *Declaration of Marcelo Jose Milliet* [ECF No. 48]

    C. *Certificate of Service* [ECF No. 50]

    D. *Statement Notifying the Court of Developments in the Brazilian RJ Proceeding Pursuant to 11 U.S.C. § 1518* [ECF No. 52]

    E. *Notice of Filing of Certified Translation of the July 18, 2025 Brazilian RJ Court Order* [ECF No. 54]

F.  *Notice of Brazilian Appellate Court Decision and Request for Continuance of Hearing and Objection Deadline [ECF 46]* [ECF No. 55]

G.  *Notice of Filing of Certified Translation of July 25, 2025 Decision of Judge Monica Costa* [ECF No. 56]

H.  *Foreign Representative's Response to V.tal's Statement and Request for Continuance of Hearing and Objection Deadline* [ECF No. 57]

I.  *Declaration of Thiago Braga Junqueira in Support of V.tal's Opposition to Oi's Motion to Terminate Chapter 15 Recognition* [ECF No. 59]

J.  *Letter to the Honorable John P. Mastando from Mario O. Gazzola, dated July 31, 2025* [ECF No. 63]

K.  *Letter to the Honorable John P. Mastando from Philip M. Abelson in Response to V.tal's July 31, 2025 Letter* [ECF No. 64]

L.  *Letter to the Honorable John P. Mastando from Mario O. Gazzola, dated August 3, 2025* [ECF No. 66]

M.  *Letter to the Honorable John P. Mastando from Philip M. Abelson in Response to V.tal's August 3, 2025 Letter* [ECF No. 67]

N.  *Reply in Support of Motion to Terminate the Recognition Order and Dismiss the Chapter 15 Cases* [ECF No. 69]

O.  *Statement Notifying the Court of Developments in the Brazilian RJ Proceeding Pursuant to 11 U.S.C. § 1518* [ECF No. 72]

P.  ***Notice of Filing of Certified Translation of the August 4, 2025 Ruling* [ECF No. 74]**

Q.  ***V.tal's Response to Oi's Statement [ECF 72] Regarding Brazilian Proceeding* [ECF No. 75]**

R.  ***Notice of Filing Revised Proposed Order Terminating the Recognition Order and Dismissing the Chapter 15 Cases* [ECF No. 77]**

Dated: August 6, 2025
New York, New York

        Respectfully submitted,

By:   */s/ Philip M. Abelson*
      Philip M. Abelson

WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
Philip M. Abelson
Ricardo M. Pasianotto
Claire M. Campbell (*pro hac vice* pending)
David Kim
Peter Strom (*pro hac vice* pending)

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Richard S. Kebrdle (admitted *pro hac vice*)

111 South Wacker Drive, Suite 5100
Chicago, IL 60606
(312) 881-5400
Jason N. Zakia (admitted *pro hac vice*)

*Attorneys for Rodrigo Caldas de Toledo Aguiar,
as Petitioner and Foreign Representative*