WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
Philip M. Abelson
Ricardo M. Pasianotto
Claire M. Campbell (*pro hac vice* pending)
David Kim
Peter Strom (*pro hac vice* pending)

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Richard S. Kebrdle (admitted *pro hac vice*)

111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
(312) 881-5400
Jason N. Zakia (admitted *pro hac vice*)

*Attorneys for Rodrigo Caldas de Toledo Aguiar,
as Petitioner and Foreign Representative*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) ) ) Case No. 23-10193 (LGB) |
| Oi S.A. *et al.*,[1] | ) ) Chapter 15 |
| Debtors in a Foreign Proceeding. | ) (Jointly Administered) ) |

**NOTICE OF FILING OF REVISED PROPOSED ORDER TERMINATING THE
RECOGNITION ORDER AND DISMISSING THE CHAPTER 15 CASES**

---

[1] The debtors in the above-captioned cases (the "**Chapter 15 Cases**"), along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Oi S.A. – Em Recuperação Judicial (01-43 – Brazil), Oi Brasil Holdings Coöperatief U.A. – Em Recuperação Judicial (8447 – Netherlands), Portugal Telecom International Finance B.V. – Em Recuperação Judicial (5023 – Netherlands).

**PLEASE TAKE NOTICE** that on July 7, 2025, Rodrigo Caldas de Toledo Aguiar (the "**Petitioner**" or the "**Foreign Representative**") filed the *Motion to Terminate the Recognition Order and Dismiss the Chapter 15 Cases* [ECF No. 46], together with the proposed order annexed thereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that on August 5, 2025, the Foreign Representative filed a revised proposed *Order Terminating the Recognition Order and Dismissing the Chapter 15 Cases* [ECF No. 77-1] (the "**Proposed Order**").

**PLEASE TAKE FURTHER NOTICE** that the Foreign Representative hereby files a further revised proposed *Order Terminating the Recognition Order and Dismissing the Chapter 15 Cases* attached hereto as **Exhibit A** (the "**Revised Proposed Order**").

**PLEASE TAKE FURTHER NOTICE** that a redline of the Proposed Order marked against the Revised Proposed Order is attached hereto as **Exhibit B**.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: August 11, 2025<br>New York, New York | Respectfully submitted,<br><br>By: */s/ Philip M. Abelson*<br>    Philip M. Abelson<br><br>WHITE & CASE LLP<br>1221 Avenue of the Americas<br>New York, New York 10020-1095<br>(212) 819-8200<br>Philip M. Abelson<br>Ricardo M. Pasianotto<br>Claire M. Campbell (*pro hac vice* pending)<br>David Kim<br>Peter Strom (*pro hac vice* pending)<br><br>Southeast Financial Center<br>200 South Biscayne Blvd., Suite 4900<br>Miami, Florida 33131<br>(305) 371-2700<br>Richard S. Kebrdle (*admitted pro hac vice*)<br><br>111 South Wacker Drive<br>Chicago, IL 60606<br>(312) 881-5400<br>Jason N. Zakia (*admitted pro hac vice*)<br><br>*Attorneys for Rodrigo Caldas de Toledo Aguiar, as Petitioner and Foreign Representative* |