*/s/* Gabriela M. B. Scanlon
Gabriela M. B. Scanlon
4301 50th Street, N.W, 1st Floor
Washington, D.C. 20016
Tel: +1 215 459-1171
Email: gabriela@mbscanlon.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| Oi S.A. *et al*., | Chapter 15 |
| Debtors in a Foreign Proceeding. | Jointly Administered |
| | Case No. 23-10193 (JPM) |

**MOTION FOR LEAAVE TO FILE BRIEF OF AMICUS CURIAE BRAZILIAN ASSOCIATION OF SPECIAL SITUATIONS AND LITIGATION FINANCE IN OPPOSITION TO OI' MOTION TO TERMINATE THE RECOGNITION ORDER AND DISMISS THE CHAPTER 15 CASES**

*Associação Brasileira de Special Situations e Litigation Finance*, (*i.e.*, the Brazilian Association of Special Situations and Litigation Finance) ("Association") respectfully moves for an order authorizing it to file an *Amicus Curiae* in opposition to Oi's motion to terminate the recognition order and dismiss the Chapter 15 cases.

## INTEREST OF ASSOCIAÇÃO AS *AMICUS CURIAE*.

The Association is a non-profit entity whose activities are characterized by their cultural, educational, and academic nature.

Within this scope, the Association also maintains thematic committees (Legal Claims Committee, Litigation Finance Self-Regulation Committee, Distressed M&A Committee, and Tax Claims Committee), and conducts activities to develop self-regulatory rules, such as the Manual of Best Practices in Litigation Finance, currently under preparation.

The Association is, therefore, concerned with strengthening the institutions and legal frameworks related to its purposes, in order to promote greater predictability and legal certainty in the Brazilian business environment.

The Association became aware of the present judicial proceeding, in which, in sum, Oi seeks, during the pendency of its second judicial reorganization proceeding currently underway in Brazil, to restructure part of its liabilities that cannot be restructured in Brazil, including debts contracted by the company as financing for its judicial reorganization (DIP Financing).

The granting of loans to companies in distress is an important and essential tool provided for by Brazilian insolvency law. The protection afforded by Brazilian law, and the legal certainty it seeks to ensure, directly relates to the Association's corporate purpose, and therefore justifies its intervention in this proceeding.

## WHY THIS *AMICUS CURIAE* IS DESIRABLE

*Amicus curiae* participation by Association will permit this Court to better understand the application of Brazilian insolvency law, especially the provisions regarding the granting of loans to companies in distress *(DIP Financing)* and how Oi's position in this proceeding is likely to be in breach of Brazilian insolvency law.

## ISSUES TO BE ADDRESSED AND POSITION OF *AMICUS CURIAE*

Association will address how Brazilian law protects and provides legal certainty to insolvency proceedings, as pursuant to Law No. 11,101/05, amended in 2020 by Law No. 14,112/20.

In summary, the *amicus curiae* brief aims to explain the inclusion of express provisions on the granting of loans to companies in distress, how Brazilian law regulates this kind of loans, and how Oi's position in this proceeding is a cause for concern in light of Brazilian law provisions.

## CONCLUSION

For the reasons stated above, Association respectfully requests that the Court grant it leave to file the accompanying brief in opposition to Oi's motion to terminate the recognition order and dismiss the Chapter 15 Cases.

Dated: August 13, 2025.                    */s/* Gabriela M. B. Scanlon
                                            Gabriela M. B. Scanlon
                                            4301 50th Street, N.W, 1st Floor
                                            Washington, D.C. 20016
                                            Tel: +1 215 459-1171
                                            Email: gabriela@mbscanlon.com