| | |
|---|---|
| **WHITE & CASE LLP** | **QUINN EMANUEL URQUHART** |
| Philip M. Abelson | **& SULLIVAN, LLP** |
| Ricardo M. Pasianotto | Michael Carlinsky |
| Claire M. Campbell (*pro hac vice* pending) | Benjamin Finestone |
| David Kim | Mario O. Gazzola |
| Peter Strom (*pro hac vice* pending) | Jeremy Baldoni |
| 1221 Avenue of the Americas | Lindsay Weber |
| New York, NY 10020-1095 | M. Margaret O'Leary |
| (212) 819-8200 | 295 5th Avenue, 9th Floor |
| | New York, NY 10016 |
| Richard S. Kebrdle (admitted *pro hac vice*) | (212) 849-7000 |
| Southeast Financial Center | |
| 200 South Biscayne Blvd., Suite 4900 | K. John Shaffer (*pro hac vice* pending) |
| Miami, FL 33131 | 865 S Figueroa St, 10th Floor |
| (305) 371-2700 | Los Angeles, CA 90017 |
| | (213) 443-3000 |
| Jason N. Zakia (admitted *pro hac vice*) | |
| 111 South Wacker Drive | *Counsel for BGC Fibra Participações S.A.* |
| Suite 5100 | *and V.tal – Rede Neutra de* |
| Chicago, IL 60606 | *Telecomunicações S.A.* |
| (312) 881-5400 | |

*Attorneys for Rodrigo Caldas*
*de Toledo Aguiar, as Petitioner and*
*Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| Oi S.A., *et al.*,[1] | ) Case No. 23-10193 (LGB) |
| | ) |
| | ) Chapter 15 |
| Debtors in a Foreign Proceeding. | ) (Jointly Administered) |
| | ) |

**THE FOREIGN REPRESENTATIVE'S AND BGC FIBRA**
**PARTICIPAÇÕES S.A. AND V.TAL – REDE NEUTRA DE**
**TELECOMUNICAÇÕES S.A.'S JOINT WITNESS AND EXHIBIT**
**LIST FOR THE AUGUST 14, 2025 AND AUGUST 18, 2025 HEARING**

---

[1] The debtors in these chapter 15 cases, along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Oi S.A. (01-43 – Brazil), Oi Brasil Holdings Coöperatief U.A. (8447 – Netherlands), Portugal Telecom International Finance B.V. (5023 – Netherlands).

Rodrigo Caldas de Toledo Aguiar, in his capacity as the duly authorized foreign representative (the "**Petitioner**" or "**Foreign Representative**") of the above-captioned Chapter 15 Debtors[2] and BGC Fibra Participações S.A. and V.tal – Rede Neutra de Telecomunicações S.A. ("**V.Tal**" and together with the Foreign Representative, the "**Parties**") submit this Joint Witness and Exhibit List in connection with the August 14, 2025 and August 18, 2025 hearing (collectively, the "**Hearing**").

## WITNESS LIST

The Foreign Representative may call the following witnesses at the Hearing:

1. **Marcelo Jose Milliet, Chief Executive Officer of the Company**: Mr. Milliet may testify to seek admission of the *Declaration of Marcelo Jose Milliet* [Dkt. No. 48] and as otherwise may be necessary and appropriate.

2. **Paulo Calil Franco Padis, Partner, Padis Mattar Advogados**: Mr. Padis may testify to seek admission of the *Declaration of Paulo Calil Franco Padis* [Dkt. No. 47] and as otherwise may be necessary and appropriate.

V.Tal may call the following witnesses at the Hearing:

1. **Marcelo Jose Milliet, Chief Executive Officer of Oi**.

2. **Paulo Calil Franco Padis, Partner, Padis Mattar Advogados**.

3. **Thiago Braga Junqueira, Pinheiro Neto Advogados**: Mr. Junqueira will testify to seek admission of the *Declaration of Thiago Braga Junqueira* [Dkt. No. 59] and as otherwise may be necessary and appropriate.

4. **Hon. Daniel Carnio Costa, Former Presiding Judge of the 1st Bankruptcy and Reorganization Court of São Paulo, Brazil:** Judge Carnio will testify to seek admission of the *Declaration of Daniel Carnio Costa* [Dkt. 83] and as otherwise may be necessary and appropriate.

The Parties may submit testimony of the following witness by designation, with designations and counter-designations to be submitted to the Court by no later than August 18, 2025:

1. **Rodrigo Caldas de Toledo Aguiar**, **Foreign Representative and Chief Financial Officer of the Company**: Mr. Aguiar will testify regarding the Motion.

---

[2] Any capitalized term used herein but not defined herein shall have the meaning ascribed to such term in the *Motion to Terminate the Recognition Order and Dismiss the Chapter 15 Cases*, dated July 7, 2025 (Dkt. No. 46) (the "**Motion**").

2

The Parties reserve the right to supplement or amend this witness list and to identify additional witnesses, including rebuttal and impeachment witnesses, prior to the conclusion of the Hearing. The Parties also reserve the right to call any witness or submit any declaration necessary to establish the authenticity or admissibility of documents; call any witness identified by any other Party; cross-examine any witness called by any other Party; and call rebuttal witnesses as necessary.

## EXHIBIT LIST

A joint list of exhibits (the "**Exhibit List**") is set forth in **Exhibit A**. The Parties reserve all rights, including, without limitation, to: (i) amend and/or supplement the Exhibit List, including to add and/or remove documents at any time prior to the conclusion of the Hearing; (ii) use additional exhibits (a) for purposes of rebuttal, impeachment, or refreshing recollection, (b) in response to arguments, evidence, objections, filings, exhibits, or demonstratives of other Parties, or (c) as a consequence of the unexpected unavailability of a witness, or a witness unexpectedly testifying; and (iii) rely upon, and use as evidence, any pleading, hearing transcript, order, or other document filed with the Court in these chapter 15 cases. By including a document on this Exhibit List, the Parties do not agree or admit that a document is admissible for any or all purposes.

Dated: August 14, 2025
New York, New York

*By:  /s/ Philip M. Abelson*
    Philip M. Abelson

**WHITE & CASE LLP**
Philip M. Abelson
Ricardo M. Pasianotto
Claire M. Campbell (*pro hac vice* pending)
David Kim
Peter Strom (*pro hac vice* pending)
1221 Avenue of the Americas
New York, NY 10020-1095
(212) 819-8200

Richard S. Kebrdle (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, FL 33131
(305) 371-2700

Jason N. Zakia (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, IL 60606
(312) 881-5400

*Attorneys for Rodrigo Caldas de Toledo Aguiar, as Petitioner and Foreign Representative*

*By*:  */s/ Benjamin I. Finestone*
    Benjamin I. Finestone

**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Michael Carlinsky
Benjamin I. Finestone
Mario O. Gazzola
Jeremy Baldoni
Lindsay Weber
M. Margaret O'Leary
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

John K. Shaffer (*pro hac pending*)
865 S Figueroa St, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

*Counsel to BGC Fibra Participações S.A. and V.tal – Rede Neutra de Telecomunicações S.A.*