UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 23-10193 (LGB) |
| Oi S.A., *et al.*,[1] | Chapter 15 |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |

# ORDER DENYING MOTION FOR LEAVE TO FILE AMICUS CURIAE

Upon consideration of the Motion for Leave to File Brief of Amicus Curiae (the "Motion") [ECF No. 90] filed by the Brazilian Association of Special Situations and Litigation Finance on August 13, 2025; and Rodrigo Caldas de Toledo Aguiar (the "Foreign Representative"), in his capacity as the duly-authorized foreign representative (as such term is defined in section 101(24) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532) of the above-captioned debtors, having filed the Foreign Representative's Objection to Motion for Leave to File Amicus Curiae (the "Objection") [ECF No. 93]; and the Court having considered the Motion and Objection at a hearing held on August 18, 2025 (the "Hearing"); and for the reasons set forth on the record at the Hearing, the transcript of which is incorporated herein by reference; now, therefore it is hereby

ORDERED that the Motion is DENIED; and it is further

ORDERED that the Court shall retain jurisdiction with respect to any matters, claims, rights, or disputes arising from or related to the Motion or the implementation of this Order.

Dated: New York, New York
       August 18, 2022

                                     */s/ Lisa G. Beckerman*
                                     HONORABLE LISA G. BECKERMAN
                                     UNITED STATES BANKRUPTCY JUDGE

---

[1] The debtors in these chapter 15 cases, along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Oi S.A. (01-43 – Brazil), Oi Brasil Holdings Coöperatief U.A. (8447 – Netherlands), Portugal Telecom International Finance B.V. (5023 – Netherlands).