**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 23-10193 (LGB) |
| Oi S.A., *et al.*,[1] | ) |
| | ) Chapter 15 |
| Debtors in a Foreign Proceeding. | ) (Jointly Administered) |
| | ) |

## ORDER DIRECTING PARTIES PURSUANT TO 11 U.S.C. § 1525

Upon the Court having held a hearing (the "Hearing") on August 14 and 18, 2025 to consider the Motion to Terminate the Recognition Order and Dismiss the Chapter 15 Cases (the "Motion") [ECF No. 46], the Objection and Opposition to Motion to Terminate the Recognition Order and Dismiss the Chapter 15 Cases (the "Objection") [ECF No. 58], and related filings; and the Court having expressed its recommendation during the Hearing that the above-captioned debtors (the "Debtors") and BGC Fibra Participações S.A. and V.tal – Rede Neutra de Telecomunicações S.A. (collectively with the Debtors, the "Parties") participate in a mediation in Brazil and that the Debtors contact the Brazilian court responsible for administering the Debtors' recuperação judicial proceedings (the "RJ Court") to request that it consider requiring the parties to participate in mediation; therefore, it is hereby

ORDERED that pursuant to 11 U.S.C. § 1525, the Parties are directed to inform the RJ Court of this Court's recommendation that the Parties participate in such mediation.

Dated: New York, New York
       August 19, 2025

                                        */s/ Lisa G. Beckerman*
                                        HONORABLE LISA G. BECKERMAN
                                        UNITED STATES BANKRUPTCY JUDGE

---

[1] The debtors in these chapter 15 cases, along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Oi S.A. (01-43 – Brazil), Oi Brasil Holdings Coöperatief U.A. (8447 – Netherlands), Portugal Telecom International Finance B.V. (5023 – Netherlands).