**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
Philip M. Abelson
Ricardo M. Pasianotto
Claire M. Campbell (*pro hac vice* pending)
David Kim
Peter Strom (*pro hac vice* pending)

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Richard S. Kebrdle (admitted *pro hac vice*)

111 South Wacker Drive, Suite 5100
Chicago, IL 60606
(312) 881-5400
Jason N. Zakia (admitted *pro hac vice*)

*Attorneys for Rodrigo Caldas de Toledo Aguiar,
as Petitioner and Foreign Representative*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Oi S.A., *et al.*,[1]<br><br>Debtors in a Foreign Proceeding. | Case No. 23-10193 (LGB)<br><br>Chapter 15<br>(Jointly Administered) |

**NOTICE OF FILING OF CERTIFIED
TRANSLATION OF THE CLARIFICATION MOTION**

     **PLEASE TAKE NOTICE** that on August 19, 2025, Rodrigo Caldas de Toledo Aguiar (the "**Petitioner**" or "**Foreign Representative**"), in his capacity as the duly-authorized foreign representative (as such term is defined in section 101(24) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**")) of the above-captioned debtors (the "**Chapter 15**

---

[1] The debtors in the above-captioned cases (the "**Chapter 15 Cases**"), along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Oi S.A. – Em Recuperação Judicial (01-43 – Brazil), Oi Brasil Holdings Coöperatief U.A. – Em Recuperação Judicial (8447 – Netherlands), Portugal Telecom International Finance B.V. – Em Recuperação Judicial (5023 – Netherlands).

1

**Debtors**") filed a *Statement Notifying the Court of Developments in the Brazilian RJ Proceeding Pursuant to 11 U.S.C. § 1518* (the "**August 19 Statement**") [ECF No. 96] in the Chapter 15 Cases.[2]

      **PLEASE TAKE FURTHER NOTICE** that as noted in the August 19 Statement, the Foreign Representative hereby files a certified translation of the Clarification Motion, attached hereto as **Exhibit A**.

*[Remainder of Page Left Intentionally Blank]*

---

[2] Capitalized terms used but not otherwise defined in this notice shall have the meanings given to such terms in the August 19 Statement.

Dated: August 20, 2025
       New York, New York

                                        Respectfully submitted,

By:   */s/ Philip M. Abelson*
       Philip M. Abelson

**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
Philip M. Abelson
Ricardo M. Pasianotto
Claire M. Campbell (*pro hac vice* pending)
David Kim
Peter Strom (*pro hac vice* pending)

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Richard S. Kebrdle (admitted *pro hac vice*)

111 South Wacker Drive, Suite 5100
Chicago, IL 60606
(312) 881-5400
Jason N. Zakia (admitted *pro hac vice*)

*Attorneys for Rodrigo Caldas de Toledo Aguiar,
as Petitioner and Foreign Representative*