IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Oi S.A., *et al.*,[1]<br><br>   Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 23-10193 (LGB)<br><br>(Jointly Administered) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Robert A. Weber, to be admitted, *pro hac vice*, to represent American Tower do Brasil – Cessão de Infraestruturas S.A. and American Tower do Brasil – Comunicação Multimídia Ltda (collectively, "**ATC**") in the above referenced cases, and upon the movant's certification that the movant is a member in good standing of the state of Delaware, and the United States District Court for the District of Delaware, it is hereby

**ORDERED**, that Robert A. Weber is admitted to practice, *pro hac vice*, in the above referenced cases to represent ATC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: August ___, 2025
       New York, New York

_____
THE HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE

---

[1] The debtors in the above-captioned cases (the "Chapter 15 Cases"), along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Oi S.A. – Em Recuperação Judicial (01-43 – Brazil), Oi Brasil Holdings Coöperatief U.A. – Em Recuperação Judicial (8447 – Netherlands), Portugal Telecom International Finance B.V. – Em Recuperação Judicial (5023 – Netherlands).