**CHIPMAN BROWN CICERO & COLE**

**DELAWARE | NEW YORK**

CHIPMAN BROWN CICERO & COLE, LLP
HERCULES PLAZA
1313 N. MARKET STREET, SUITE 5400
WILMINGTON, DELAWARE 19801
WWW.CHIPMANBROWN.COM

ROBERT A. WEBER
(302) 295-0192
WEBER@CHIPMANBROWN.COM

August 26, 2025

**By ECF Filing**

Hon. Lisa G. Beckerman
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re:   *In re Oi S.A.*, *et al*. Case No. 23-10193 (LGB)

Dear Judge Beckerman:

We write on behalf of our clients American Tower do Brasil – Cessão de Infraestruturas S.A. and American Tower do Brasil – Comunicação Multimídia Ltda. (together, the "ATC Parties"). This letter responds to the August 21, 2025 letter (ECF 102) submitted by Mr. Rodrigo Caldas de Toledo Aguiar, the foreign representative (the "Foreign Representative") of the debtors in these chapter 15 cases (the "Debtors").

By way of background, the ATC Parties are creditors of the Debtors with allowed claims in excess of $100 million (U.S.). The ATC Parties are "towercos" in the terminology of these cases, and their contracts are detailed in Exhibit 4.2.9.5 of the Brazilian RJ Plan. Under the Brazilian RJ Plan, the ATC Parties received, *inter alia,* liens on certain real estate and other assets, equity interests in an isolated productive unit ("UPI") that owns additional real estate, and priority rights in the proceeds of certain other "waterfall" assets. The ATC Parties, along with others, have objected in the Brazilian RJ proceedings to the Debtors' proposed amendments to the plan, and those objections remain pending.

In his August 21 letter, the Foreign Representative proposes a trade: if the Court will agree to simply order the closure of the chapter 15 cases *sua sponte* under Bankruptcy Code section 350, without further proceedings, notice or a hearing, the Foreign Representative will agree to the withdrawal of his pending motion to dismiss (ECF 46). The letter also requests that any further proceedings be limited to an off-the-record teleconference among the Court, the Foreign Representative, V.tal (as defined below), the U.S. Trustee, and counsel to the Ad Hoc Group of Secured Noteholders. ECF 102 at 2-3.

In re Oi S.A., et al.
August 26, 2025
Page 2

The ATC Parties object to the Foreign Representative's informal request for the closure of the chapter 15 cases.[1] As stated in the responses submitted by BGC Fibra Participações S.A. and V.tal – Rede Neutra de Telecomunicações S.A. (together, "V.tal") (ECF 105) and Lemvig RJ Infraestrutura e Redes de Telecomunicações S.A. (ECF 107), which the ATC Parties join, any request for the closure of the Chapter 15 Cases under Bankruptcy Code section 350(a) should be made by motion, on notice, and should comply with the applicable procedures and legal standards. Further, any telephonic conference on this matter should be held on the record and open to the participation of all parties in interest.

We appreciate the Court's consideration of the foregoing and are available to address any questions the Court may have.

Most respectfully,

/s/ /Robert A. Weber

Robert A. Weber
(*pro hac vice* pending)

Counsel to American Tower do Brasil – Cessão de Infraestruturas S.A. and American Tower do Brasil – Comunicação Multimídia Ltda.

cc:
Counsel to the Foreign Representative and Debtors (via email and ECF)
Counsel to V.tal (via email and ECF)
Counsel to the Ad Hoc Group of Secured Noteholders (via email and ECF)
U.S. Trustee (via email and ECF)

---

[1] Although the ATC Parties did not file an objection to the motion to dismiss, having previously negotiated language that was included in a revised proposed order, they respond now because the relief requested in the Foreign Representative's letter is different from that sought in the pending motion to dismiss and revised form of order. The ATC Parties reserve all rights.