**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
Philip M. Abelson
Ricardo M. Pasianotto
Claire M. Campbell (*pro hac vice* pending)
David Kim
Peter Strom (admitted *pro hac vice*)

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Richard S. Kebrdle (admitted *pro hac vice*)

111 South Wacker Drive, Suite 5100
Chicago, IL 60606
(312) 881-5400
Jason N. Zakia (admitted *pro hac vice*)

*Attorneys for Rodrigo Caldas de Toledo Aguiar,
as Petitioner and Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| Oi S.A. *et al.*,[1] | ) Case No. 23-10193 (LGB) |
| | ) |
| | ) Chapter 15 |
| Debtors in a Foreign Proceeding. | ) (Jointly Administered) |
| | ) |

### NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that a status conference in the above-captioned case is scheduled on **September 2, 2025, at 5:00 p.m. (prevailing Eastern Time)** (the "**Status

---

[1] The debtors in the above-captioned cases (the "**Chapter 15 Cases**"), along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Oi S.A. – Em Recuperação Judicial (01-43 – Brazil), Oi Brasil Holdings Coöperatief U.A. – Em Recuperação Judicial (8447 – Netherlands), Portugal Telecom International Finance B.V. – Em Recuperação Judicial (5023 – Netherlands).

**Conference**") before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that the Status Conference is scheduled to be conducted via Zoom for Government, in accordance with the Procedures for All Hearings Before Judge Beckerman Being Held by Zoom Video. Those wishing to participate in the Status Conference must make an electronic appearance through the "eCourt Appearances" tab on the Court's website no later than 4:00 p.m. (ET) the business day before the Status Conference (the "**Appearance Deadline**"). Following the Appearance Deadline, the Court will circulate by email the Zoom link to the Status Conference to those parties who have made an electronic appearance. Parties wishing to appear at the Status Conference must submit an electronic appearance through the Court's website (https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl) by the Appearance Deadline and not by emailing or otherwise contacting the Court. Additional information regarding the Court's Zoom and hearing procedures can be found on the Court's website.

Dated: August 28, 2025
New York, New York

        Respectfully submitted,

        By: */s/ Philip M. Abelson*
            Philip M. Abelson

        **WHITE & CASE LLP**
        1221 Avenue of the Americas
        New York, New York 10020-1095
        (212) 819-8200
        Philip M. Abelson
        Ricardo M. Pasianotto
        Claire M. Campbell (*pro hac vice* pending)
        David Kim
        Peter Strom (admitted *pro hac vice*)

        Southeast Financial Center
        200 South Biscayne Blvd., Suite 4900
        Miami, Florida 33131
        (305) 371-2700
        Richard S. Kebrdle (admitted *pro hac vice*)

        111 South Wacker Drive, Suite 5100
        Chicago, IL 60606
        (312) 881-5400
        Jason N. Zakia (admitted *pro hac vice*)

        *Attorneys for Rodrigo Caldas de Toledo Aguiar,*
        *as Petitioner and Foreign Representative*