**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
Philip M. Abelson
Ricardo M. Pasianotto
Claire M. Campbell (admitted *pro hac vice*)
David Kim
Peter Strom (admitted *pro hac vice*)

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Richard S. Kebrdle (admitted *pro hac vice*)

111 South Wacker Drive, Suite 5100
Chicago, IL 60606
(312) 881-5400
Jason N. Zakia (admitted *pro hac vice*)

*Attorneys for Rodrigo Caldas de Toledo Aguiar,*
*as Petitioner and Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 23-10193 (LGB) |
| Oi S.A., *et al.*,[1] | ) |
| | ) Chapter 15 |
| Debtors in a Foreign Proceeding. | ) (Jointly Administered) |
| | ) |

### NOTICE OF FILING OF CERTIFIED TRANSLATIONS

**PLEASE TAKE NOTICE** that on September 2, 2025, Rodrigo Caldas de Toledo Aguiar (the "**Petitioner**" or "**Foreign Representative**"), in his capacity as the duly-authorized foreign representative (as such term is defined in section 101(24) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**")) of the above-captioned debtors (the "**Chapter 15 Debtors**"), filed the *Foreign Representative's Statement Pursuant to 11 U.S.C. § 1518 and*

---

[1]    The debtors in the above-captioned cases (the "**Chapter 15 Cases**"), along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Oi S.A. – Em Recuperação Judicial (01-43 – Brazil), Oi Brasil Holdings Coöperatief U.A. – Em Recuperação Judicial (8447 – Netherlands), Portugal Telecom International Finance B.V. – Em Recuperação Judicial (5023 – Netherlands).

*Response to August 30, 2025 Notice Filed By V.tal* [ECF No. 117] (the "**September 2 Statement**") in the Chapter 15 Cases.[2]

      **PLEASE TAKE FURTHER NOTICE** that as noted in the September 2 Statement, the Foreign Representative hereby files certified translations of the August 29 Temporary Injunction Ruling, the August 29 Stay Ruling, and the V.tal Appeal, attached hereto as **<u>Exhibit A</u>**, **<u>Exhibit B</u>**, and **<u>Exhibit C</u>**, respectively.

*[Remainder of Page Left Intentionally Blank]*

---

[2]    Capitalized terms used but not otherwise defined in this notice shall have the meanings given to such terms in the September 2 Statement.

Dated: September 3, 2025
New York, New York

Respectfully submitted,

By:    */s/ Philip M. Abelson*
Philip M. Abelson

**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
Philip M. Abelson
Ricardo M. Pasianotto
Claire M. Campbell (admitted *pro hac vice*)
David Kim
Peter Strom (admitted *pro hac vice*)

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Richard S. Kebrdle (admitted *pro hac vice*)

111 South Wacker Drive, Suite 5100
Chicago, IL 60606
(312) 881-5400
Jason N. Zakia (admitted *pro hac vice*)

*Attorneys for Rodrigo Caldas de Toledo Aguiar,*
*as Petitioner and Foreign Representative*