**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
Philip M. Abelson
Ricardo M. Pasianotto
Claire M. Campbell
David Kim
Peter Strom

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Richard S. Kebrdle (admitted *pro hac vice*)

111 South Wacker Drive, Suite 5100
Chicago, IL 60606
(312) 881-5400
Jason N. Zakia (admitted *pro hac vice*)

*Attorneys for Rodrigo Caldas de Toledo Aguiar,*
*as Petitioner and Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 23-10193 (LGB) |
| Oi S.A. *et al.*,[1] | ) |
| | ) Chapter 15 |
| Debtors in a Foreign Proceeding. | ) (Jointly Administered) |
| | ) |

**NOTICE OF FILING AND HEARING ON (I) MOTION TO CLOSE**
**THE CHAPTER 15 CASES UNDER 11 U.S.C. §§ 350 AND 1517(d) AND**
**BANKRUPTCY RULE 5009(c), AND (II) FOREIGN REPRESENTATIVE'S**
**FINAL REPORT PURSUANT TO BANKRUPTCY RULE 5009(c)**

---

[1]    The debtors in the above-captioned cases (the "**Chapter 15 Cases**"), along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Oi S.A. – Em Recuperação Judicial (01-43 – Brazil), Oi Brasil Holdings Coöperatief U.A. – Em Recuperação Judicial (8447 – Netherlands), Portugal Telecom International Finance B.V. – Em Recuperação Judicial (5023 – Netherlands).

**PLEASE TAKE NOTICE** that on September 19, 2025, Rodrigo Caldas de Toledo Aguiar (the "**Petitioner**" or "**Foreign Representative**"),[2] the duly-authorized foreign representative with respect to the jointly-administered judicial reorganization (*recuperação judicial* or "**RJ**") proceeding (the "**Brazilian RJ Proceeding**")[3] of Oi S.A. – Em Recuperação Judicial ("**Oi**"), Oi Brasil Holdings Coöperatief U.A. – Em Recuperação Judicial ("**Coop**"), and Portugal Telecom International Finance B.V. – Em Recuperação Judicial ("**PTIF**") (collectively, the "**Chapter 15 Debtors**" or "**RJ Debtors**"), commenced on March 1, 2023, under Federal Law No. 11,101 of February 9, 2005, as amended, of the laws of the Federative Republic of Brazil, before the 7th Business Court of the City and State of Rio de Janeiro, Brazil (the "**Brazilian RJ Court**"), filed the *Motion to Close the Chapter 15 Cases Under 11 U.S.C. §§ 350 and 1517(d) and Bankruptcy Rule 5009(c)* [ECF No. 125] (the "**Motion**") in the above-captioned cases under chapter 15 of the Bankruptcy Code with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Motion, the Foreign Representative seeks entry of an order, substantially in the form attached to the Motion as **Exhibit A** (the "**Proposed Order**"), closing the Chapter 15 Cases under sections 350 and 1517(d) of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq*. (the "**Bankruptcy Code**") and rule 5009(c) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

**PLEASE TAKE FURTHER NOTICE** that in connection with the Motion and in accordance with Bankruptcy Rule 5009(c), the Foreign Representative filed the *Foreign*

---

[2]    Unless otherwise indicated herein, capitalized terms shall have the meaning ascribed to them in the Motion (as defined herein), and unless otherwise specified, all citations to ECF docket numbers herein are in reference to case number 23-10193.

[3]    The case number for the Brazilian RJ Proceeding before the Brazilian RJ Court is 0090940-03.2023.8.19.0001 (formerly 0809863-36.2023.8.19.0001).

*Representative's Final Report Pursuant to Bankruptcy Rule 5009(c)*, attached to the Motion as

**Exhibit B**.

      **PLEASE TAKE FURTHER NOTICE** that copies of the Motion, the Proposed Order, and the Final Report are available to parties in interest on the Bankruptcy Court's Electronic Case Filing System, which can be accessed from the Bankruptcy Court's website at http://www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document).

      **PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing (the "**Hearing**") to consider the relief requested in the Motion for **October 21, 2025 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Lisa G. Beckerman of the United States Bankruptcy Court for the Southern District of New York.

      **PLEASE TAKE FURTHER NOTICE** that the Hearing will be held virtually via Zoom for Government, and any party in interest objecting to the Motion or the relief requested therein must appear at the Hearing at the time set forth above (unless ordered otherwise by the Bankruptcy Court).

      **PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, must make an electronic appearance through the "eCourtAppearances" tab on the Bankruptcy Court's website (https://www.nysb.uscourts.gov/content/judge-lisa-g-beckerman) on or before 4:00 p.m. (prevailing Eastern Time) the business day before the Hearing (the "**Appearance Deadline**") and not by emailing or otherwise contacting the Bankruptcy Court. Following the Appearance Deadline, the Bankruptcy Court will circulate by email the Hearing's Zoom link to those parties who have made an electronic appearance. Additional information regarding the use of Zoom for

Government and hearing procedures can be found on the "Zoom Hearing" tab on the Bankruptcy Court's website (https://www.nysb.uscourts.gov/zoom-video-hearing-guide).

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to submit a response or objection to the Motion or the Final Report must do so in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the Bankruptcy Court, and such response or objection must be in writing and set forth the basis therefor. Any such response or objection must be filed electronically with the Bankruptcy Court in accordance with General Order M-399 and the Court's Procedures for the Filing, Signing and Verification of Documents by Electronic Means (copies of each of which may be viewed on the Court's website at www.nysb.uscourts.gov) and shall be served upon counsel to the Foreign Representative, White & Case LLP, 1221 Avenue of the Americas, 44th floor, New York, NY 10020-1095 (Attn: Ricardo M. Pasianotto (ricardo.pasianotto@whitecase.com), so as to be received by 4:00 p.m. (prevailing Eastern Time) on or before October 14, 2025, with a courtesy copy served upon the Chambers of the Honorable Lisa G. Beckerman (beckerman.chambers@nysb.uscourts.gov).

**PLEASE TAKE FURTHER NOTICE** that if no response or objection is timely filed and served as provided above, the Bankruptcy Court may grant the relief requested in the Motion without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time without further notice other than an announcement in open court, or a notice of adjournment filed with the Bankruptcy Court, of the adjourned date or dates at the hearing or any other further adjourned hearing.

*[The remainder of this page is intentionally left blank]*

Dated: September 19, 2025
      New York, New York

Respectfully submitted,

By:    */s/ Philip M. Abelson*
       Philip M. Abelson

**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
Philip M. Abelson
Ricardo M. Pasianotto
Claire M. Campbell
David Kim
Peter Strom

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Richard S. Kebrdle (admitted *pro hac vice*)

111 South Wacker Drive, Suite 5100
Chicago, IL 60606
(312) 881-5400
Jason N. Zakia (admitted *pro hac vice*)

*Attorneys for Rodrigo Caldas de Toledo Aguiar,
as Petitioner and Foreign Representative*