**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
Philip M. Abelson
Ricardo M. Pasianotto
Claire M. Campbell
David Kim
Peter Strom

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Richard S. Kebrdle (admitted *pro hac vice*)

111 South Wacker Drive, Suite 5100
Chicago, IL 60606
(312) 881-5400
Jason N. Zakia (admitted *pro hac vice*)

*Attorneys for Rodrigo Caldas de Toledo Aguiar,*
*as Petitioner and Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 23-10193 (LGB) |
| Oi S.A., *et al.*,[1] | ) |
| | ) Chapter 15 |
| Debtors in a Foreign Proceeding. | ) (Jointly Administered) |
| | ) |

**CERTIFICATE OF SERVICE**

---

[1] The debtors in the above-captioned cases (the "**Chapter 15 Cases**"), along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Oi S.A. – Em Recuperação Judicial (01-43 – Brazil), Oi Brasil Holdings Coöperatief U.A. – Em Recuperação Judicial (8447 – Netherlands), Portugal Telecom International Finance B.V. – Em Recuperação Judicial (5023 – Netherlands).

I HEREBY CERTIFY that on August 11, 2025, a true and correct copy of the following document was served, on behalf of the Foreign Representative, on those individuals identified on the service list attached hereto as **Exhibit A**, in the manner specified therein:

- **Docket No. 82** – *Notice of Filing of Revised Proposed Order Terminating the Recognition Order and Dismissing the Chapter 15 Cases*

I FURTHER HEREBY CERTIFY that on August 12, 2025, a true and correct copy of the following document was served, on behalf of the Foreign Representative, on those individuals identified on the service lists attached hereto as **Exhibit B**, **Exhibit C** and **Exhibit D**, in the manner specified therein:

- **Docket No. 84** – *Stipulated Confidentiality Agreement and Protective Order*

I FURTHER CERTIFY that on August 13, 2025, a true and correct copy of the following document was served, on behalf of the Foreign Representative, on those individuals identified on the service lists attached hereto as **Exhibit C, Exhibit D**, and **Exhibit E**, in the manner specified therein:

- **Docket No. 88** – *Notice of Agenda of Matter Scheduled for Hearing on August 14, 2025 at 9:00 A.M. (prevailing Eastern Time) and August 18, 2025 at 9:00 A.M. (prevailing Eastern Time)*

I FURTHER CERTIFY that on August 13, 2025, a true and correct copy of the following document was served, on behalf of the Foreign Representative, on those individuals identified on the service list attached hereto as **Exhibit D**, and on August 14, 2025 on the service lists attached hereto as **Exhibit B** and **Exhibit E**, in the manner specified therein:

- **Docket No. 91** – *Statement Notifying the Court of Developments in the Brazilian RJ Proceeding Pursuant to 11 U.S.C. § 1518*

I FURTHER CERTIFY that on August 14, 2025, a true and correct copy of the following document was served, on behalf of the Foreign Representative, on those individuals identified on

the service lists attached hereto as **Exhibit F**, **Exhibit G** and **Exhibit H**, in the manner specified therein:

- **Docket No. 92** – *The Foreign Representative's and BGC Fibra Participacoes S.A. and V.tal - Rede Neutra de Telecomunicacoes S.A.'s Joint Witness and Exhibit List for the August 14, 2025 and August 18, 2025 Hearing*

I FURTHER CERTIFY that on August 18, 2025, a true and correct copy of the following document was served, on behalf of the Foreign Representative, on those individuals identified on the service lists attached hereto as **Exhibit D**, **Exhibit F** and **Exhibit G**, in the manner specified therein:

- **Docket No. 93** – *Foreign Representative's Objection to Motion for Leave to File Amicus Brief Filed by Associacao Brasileira de Special Situtations e Litigation Finance*

I FURTHER CERTIFY that on August 19, 2025, a true and correct copy of the following document was served, on behalf of the Foreign Representative, on those individuals identified on the service lists attached hereto as **Exhibit D**, **Exhibit F** and **Exhibit H**, in the manner specified therein:

- **Docket No. 96** – *Statement Notifying the Court of Developments in the Brazilian RJ Proceeding Pursuant to 11 U.S.C. § 1518*

I FURTHER CERTIFY that on August 20, 2025, a true and correct copy of the following document was served, on behalf of the Foreign Representative, on those individuals identified on the service lists attached hereto as **Exhibit D**, **Exhibit F** and **Exhibit G**, in the manner specified therein:

- **Docket No. 100** – *Notice of Filing of Certified Translation of the Clarification Motion*

I FURTHER CERTIFY that on August 21, 2025, a true and correct copy of the following document was served, on behalf of the Foreign Representative, on those individuals identified on the service list attached hereto as **Exhibit I**, in the manner specified therein:

- **Docket No. 102** – *Letter to the Honorable Lisa G. Beckerman regarding the Termination Motion*

I FURTHER CERTIFY that on August 26, 2025, a true and correct copy of the following document was served, on behalf of the Foreign Representative, on those individuals identified on the service list attached hereto as **Exhibit J**, in the manner specified therein:

- **Docket No. 108** – *Letter replying to V.tal's Response Letter*

I FURTHER CERTIFY that on August 28, 2025, a true and correct copy of the following document was served, on behalf of the Foreign Representative, on those individuals identified on the service list attached hereto as **Exhibit K**, in the manner specified therein:

- **Docket No. 114** – *Notice of Status Conference*

I FURTHER CERTIFY that on September 2, 2025, a true and correct copy of the following document was served, on behalf of the Foreign Representative, on those individuals identified on the service lists attached hereto as **Exhibit D**, **Exhibit K** and **Exhibit L**, in the manner specified therein:

- **Docket No. 117** – *Foreign Representative's Statement Pursuant to 11 U.S.C. § 1518 and Response to August 30, 2025 Notice Filed by V.tal*

I FURTHER CERTIFY that on September 3, 2025, a true and correct copy of the following document was served, on behalf of the Foreign Representative, on those individuals identified on the service list attached hereto as **Exhibit K**, and on those individuals identified on the service lists attached hereto as **Exhibit H** and **Exhibit L**, in the manner specified therein:

- **Docket No. 118** – *Notice of Filing Certified Translations*

I FURTHER CERTIFY that on September 6, 2025, a true and correct copy of the following document was served, on behalf of the Foreign Representative, on those individuals identified on the service list attached hereto as **Exhibit K**, and on September 8, 2025 on the service lists attached hereto as **Exhibit H** and **Exhibit L**, in the manner specified therein:

- **Docket No. 121** – *Statement Notifying the Court of Developments in the Brazilian RJ Proceeding Pursuant to 11 U.S.C. § 1518*

I FURTHER HEREBY CERTIFY that on September 19, 2025, a true and correct copy of the following document was served, on behalf of the Foreign Representative, on those individuals identified on the service list attached hereto as **Exhibit D**, **Exhibit L**, and **Exhibit M**, in the manner specified therein:

- **Docket No. 126 –** *Notice of Filing and Hearing on (I) Motion to Close the Chapter 15 Cases Under 11 U.S.C. §§ 350 and 1517(d) and Bankruptcy Rule 5009(c), and (II) Foreign Representative's Final Report Pursuant to Bankruptcy Rule 5009(c)*

Dated: September 22, 2025
New York, New York

        Respectfully submitted,

        By: */s/ Philip M. Abelson*
        Philip M. Abelson

        **WHITE & CASE LLP**
        1221 Avenue of the Americas
        New York, New York 10020-1095
        (212) 819-8200
        Philip M. Abelson
        Ricardo M. Pasianotto
        Claire M. Campbell
        David Kim
        Peter Strom

        Southeast Financial Center
        200 South Biscayne Blvd., Suite 4900
        Miami, Florida 33131
        (305) 371-2700
        Richard S. Kebrdle (*admitted pro hac* vice)

        111 South Wacker Drive, Suite 5100
        Chicago, IL 60606
        (312) 881-5400
        Jason N. Zakia (*admitted* pro hac vice)

        *Attorneys for Rodrigo Caldas de Toledo Aguiar,*
        *as Petitioner and Foreign Representative*