## EXHIBIT A

### Via Electronic Service

| NAME | EMAIL ADDRESS | ROLE |
|---|---|---|
| The Honorable Lisa G. Beckerman | beckerman.chambers@nysb.uscourts.gov | United State Bankruptcy Judge |
| Richard C. Morrissey<br>**Office of the United States Trustee for the Southern District of New York** | richard.morrissey@usdoj.gov<br>ustp.region02@usdoj.gov | United States Trustee |
| Fabio Wagner (Chief Legal Officer)<br>Rodrigo Caldas de Toledo Aguiar (Foreign Representative)<br>Daniella Geszikter Ventura (Legal)<br>**Oi S.A.**<br>**Oi Brasil Holdings Coöperatief U.A.**<br>**Portugal Telecom International Finance B.V.** | fabio.wagner@oi.net.br<br>rodrigo.aguiar@oi.net.br<br>daniella.ventura@oi.net.br | Chapter 15 Debtors in these Chapter 15 Cases |
| Paulo Calil Franco Padis<br>Talitha Aguillar Leite<br>**Padis Mattar Advogados** | ppadis@padismattar.com.br<br>tleite@padismattar.com.br | Brazilian Co-Counsel to the Chapter 15 Debtors |
| Vincent Vroom<br>**Loyens & Leoff** | Vincent.vroom@loyensloeff.com | Dutch Counsel to the Oi Group |
| David Schiff<br>Joseph W. Brown<br>**Davis Polk & Wardwell LLP** | david.schiff@davispolk.com<br>joseph.w.brown@davispolk.com | U.S. Counsel to Ad Hoc Group |
| José Miguel Vilela Júnior<br>**V.Tal – Rede Neutra de Telecomunicações S.A.** | josemiguel.vilela@v.tal.com<br>ld-juridico@vtal.com<br>juridico.societario@vtal.com | V.Tal |

| NAME | EMAIL ADDRESS | ROLE |
|---|---|---|
| Benjamin I. Finestone<br>Michael Carlinsky<br>Mario O. Gazzola<br>Jeremy Baldoni<br>Lindsay Weber<br>K. John Shaffer<br>**Quinn Emanuel Urquhart & Sullivan, LLP** | benjaminfinestone@quinnemanuel.com<br>michaelcarlinsky@quinnemanuel.com<br>mariogazzola@quinnemanuel.com<br>jeremybaldoni@quinnemanuel.com<br>lindsayweber@quinnemanuel.com<br>johnshaffer@quinnemanuel.com | U.S. Counsel to BGC Fibra Participações S.A. and V.tal– Rede Neutra de Telecomunicações S.A. |
| Thiago Braga Junqueira<br>André Bernini<br>**Pinheiro Neto Advogados** | tjunqueira@pn.com.br<br>abernini@pn.com.br | Brazilian Counsel to the V.tal |
| Joseph Costantino<br>**The Bank of New York Mellon** | Joseph.Costantino@bnymellon.com | Indenture Trustee under the 2025 PIK Notes and as Depository for the Company's American Depositary Receipts |
| Shazia Flores<br>**UMB Bank, N.A.** | shazia.flores@umb.com | Indenture Trustee under New Priority Secured Notes |
| **The Law Debenture Trust Corporation p.l.c.** | Legal.Notices@lawdeb.com<br>George.akerman@lawdeb.com<br>lily.frost@lawdeb.com | Indenture Trustee under 2026 Notes |
| Charles Farnsworth<br>**Baker & McKenzie LLP** | Charles.Farnsworth@bakermckenzie.com | Counsel to the Indenture Trustee under 2026 Notes |
| **Citibank, N.A., London Branch** | ppapayments@citi.com | Registrar, paying agent, and transfer agent under the 2026 Notes |
| **Banco Citibank S.A** | agency.trust@citi.com<br>transactorhubtampa@citi.com | Collateral Agent under the 2026 Notes |
| Francisco Vazquez Marian Baldwin Fuerst<br>**Norton Rose Fullbright US LLP** | francisco.vazquez@nortonrosefulbright.com<br>marian.baldwin@nortonrosefulbright.com | Counsel to Creditor As Indenture Trustee The Bank of New York Mellon |
| Corey Jennings<br>**Securities and Exchange Commission** | JenningsC@sec.gov | Securities and Exchange Commission |
| Alessandro Baldoni<br>Mathieu Clave<br>**Pacific Investment Management Company LLC**; **Proteus Sàrl;** and **Tocu Europe III Sàrl** | Michael.Bracken@pimco.com<br>Alessandro.Baldoni@pimco.com<br>Mathieu.Clavel@uk.pimco.com<br>LondonAltslegal@uk.pimco.c | Creditor Party |

| NAME | EMAIL ADDRESS | ROLE |
|---|---|---|
| | om<br>EMEAControlGroup@de.pimco.com | |
| Stan Genchev<br>Steve Lyons<br>Arjun Malhotra<br>**SC Lowy Primary Investments, Ltd.** | steve.lyons@sclowy.com<br>stan.genchev@sclowy.com<br>arjun.malhotra@sclowy.com<br>legal@sclowy.com | Creditor Party |
| Marco Tramontano<br>Robin Forrest<br>Jacob Steinfeld<br>**Ashmore Investment Management Limited** and **Ashmore Investments Advisors Limited** | Marco.Tramontano@ashmoregroup.com<br>Robin.Forrest@AshmoreGroup.com<br>Jacob.Steinfeld@ashmoregroup.com | Creditor Party |
| Deepak Verma<br>**Melqart Opportunities Master Fund Ltd** | operations@melqart.com | Creditor Party |
| Nuria Jorba Arimany<br>Wouter Van Overfelt<br>**Vontobel Asset Management AG** | nuria.jorba@vontobel.com<br>wouter.vanoverfelt@vontobel.com | Creditor Party |
| Catherine Lawford<br>**The Bluebay Emerging Market Credit Alpha (Master) Fund Limited** | corporateactions@bluebay.com | Creditor Party |
| Derek Reisinger<br>Joshua Kogan<br>**XYQ Cayman Ltd. (Bracebridge)** | legalnotice@brcap.com<br>derek.reisinger@brcap.com<br>Joshua.kogan@brcap.com | Creditor Party |
| **Kroll Agency Services Ltd.** | Kathleen.russell@kroll.com<br>Oliver.Slyfield@kroll.com | Successor in interest to Lucid Agency Services Limited, as NQB Facility agent |
| **GLAS Trust Company LLC** | ClientServices.Americas@glas.agency<br>tmgus@glas.agency | Security Agent under the Brazilian RJ DIP Documents |
| **TMF Brasil Administração e Gestão de Ativos Ltda** | CTS.Brazil@tmf-group.com<br>diogo.malheiros@tmf-group.com<br>carla.ribeiro@tmf- | Subagent |

| NAME | EMAIL ADDRESS | ROLE |
|---|---|---|
| | group.com<br>leone.azevedo@tmf-group.com | |
| **Wald Administração de Falências E Empresas Em Recuperação Judicial Ltda** | adriana@wald.com.br | Judicial Administrators |
| **Preserva-Ação Administração Judicial** | brunorezende@psvar.com.br | Judicial Administrators |
| **K2 Consultoria Econômica** | joao.ricardo@k2consultoria.com | Judicial Administrators |
| **Pinto Machado Advogados Associados** | brunatarabossi@pintomachado.adv.br | Judicial Administrators |