# EXHIBIT D

The Judiciary of the State of Rio de Janeiro

Electronic Judicial Proceeding (PJe)

01-Oct-2025

Number: 0960108-88.2025.8.19.0001

Class: PRECAUTIONARY MEASURE

Adjudicating body: 7th Business Court of the Judicial District of Rio de Janeiro

Latest case assignment: 25-Sep-2025

Reference case: 0090940-03.2023.8.19.0001

Subjects: Composition with Creditors

Confidentiality level: 0 (Public)

In forma pauperis proceeding? NO

Request for preliminary injunction or early relief? YES

| Parties | Attorneys |
|---|---|
| OI S.A. - UNDER JUDICIAL REORGANIZATION (PETITIONER) | |
| | TALITHA AGUILLAR LEITE (ATTORNEY) <br> PAULO CALIL FRANCO PADIS (ATTORNEY) |
| OI S.A. - UNDER JUDICIAL REORGANIZATION (RESPONDENT) | |

| Other participants | |
|---|---|
| K2 CONSULTORIA ECONOMICA (BANKRUPTCY TRUSTEE) | |
| | DANIELA SANTOS VIANA DELL'AGLIO (ATTORNEY) |
| OFFICE OF THE PUBLIC PROSECUTOR OF THE STATE OF RIO DE JANEIRO (INSPECTOR OF LEGAL COMPLIANCE) | |
| OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF RIO DE JANEIRO (PGERJ) (INTERESTED PARTY) | |
| 1st OFFICE OF THE PROSECUTING ATTORNEY FOR BANKRUPTCY ESTATES OF RIO DE JANEIRO (400058) (INTERESTED PARTY) | |
| PRESERVAR ADMINISTRACAO JUDICIAL PERICIA E CONSUL (BANKRUPTCY TRUSTEE) | |
| | BRUNO GALVÃO SOUZA PINTO DE REZENDE (ATTORNEY) |
| TATIANA BINATO DE CASTRO - SOCIEDADE INDIVIDUAL DE ADVOCACIA (BANKRUPTCY TRUSTEE) | |
| | TATIANA LOUREIRO BINATO DE CASTRO MICCIONE (ATTORNEY) |
| WALD ADMINISTRACAO DE FALENCIAS E EMPRESAS EM RECUPERACAO JUDICIAL LTDA (BANKRUPTCY TRUSTEE) | |
| | ADRIANA CAMPOS CONRADO ZAMPONI (ATTORNEY) |

| Exhibits | | | |
|---|---|---|---|
| Id. | Date signed | Exhibit | Type |
| 230523194 | 30-Sep-2025 18:03 | Ruling | Ruling |

**The Judiciary of the State of Rio de Janeiro**

**Judicial District of Rio de Janeiro**

**7th Business Court of the Judicial District of Rio de Janeiro**

Palácio da Justiça, Avenida Erasmo Braga 115, Centro, RIO DE JANEIRO - RJ - CEP:

## **ORDER**

Case: 0960108-88.2025.8.19.0001

Class: PRECAUTIONARY MEASURE (12134)

PETITIONER: OI S.A. - UNDER JUDICIAL REORGANIZATION

DEFENDANT: OI S.A. - UNDER JUDICIAL REORGANIZATION

In addition to the previous decision, acting ex officio, I clarify the following:

The employees of the companies involved: Grupo Oi, Serede and Tahto, will continue to perform their duties and naturally will receive their pay during the period of management exercised by the Bankruptcy Trustees.

The management (Executive Committee and Board of Directors) removed from the Group is hereby required to provide the Bankruptcy Trustees - Managers with any and all information they request and to provide access to any and all equipment on which the necessary information can be found.

All of the above decisions ensure the continuity of the activities of the companies involved and the responsibility of the removed managers to provide the proper means for such continuity, so that the public service in question can continue to be provided at all times.

RIO DE JANEIRO, September 30, 2025.

SIMONE GASTESI CHEVRAND

Presiding Judge

This document was generated by user 524.***.***-52 on 01-Oct-2025 10:32:20

Document number: 25093018032314000000218854648

https://tjrj.pje.jus.br:443/1g/Processo/ConsultaDocumento/listView.seam?x=25093018032314000000218854648

Signed electronically by: SIMONE GASTESI CHEVRAND - 30-Sep-2025 18:03:23

[All pages numbered by the court.]

CERTIFICATION

This is to certify that the foregoing translation is, to the best of my knowledge and belief, a true and accurate rendition into English of the original document entitled "2025.9.30 - Incidente Transição de Serviços Públicos Essenciais - Decisão - esclarecimentos da decisão anterior.pdf," which was written in Portuguese.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 2, 2025.

WILLIAM STEINMETZ

Email: william.steinmetz@pm.me