**QUINN EMANUEL URQUHART
& SULLIVAN, LLP**
Michael Carlinsky
Benjamin Finestone
Mario O. Gazzola
Jeremy Baldoni
Lindsay Weber
Julia T. Rodrigues (admitted *pro hac vice*)
295 5th Avenue, 9th Floor
New York, NY 10016
michaelcarlinsky@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
mariogazzola@quinnemanuel.com
jeremybaldoni@quinnemanuel.com
lindsayweber@quinnemanuel.com
juliarodrigues@quinnemanuel.com
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

K. John Shaffer (admitted *pro hac vice*)
865 S Figueroa St, 10th Floor
Los Angeles, CA 90017
johnshaffer@quinnemanuel.com
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Counsel for BGC Fibra Participações S.A. and V.tal – Rede Neutra de Telecomunicações S.A.*

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Oi S.A. *et al.*,<br><br>Debtors in a Foreign Proceeding.[1] | Chapter 15<br><br>Jointly Administered<br><br>Case No. 23-10193 (JPM) |

**NOTICE OF FILING OF CERTIFIED TRANSLATION OF RULING**

---

[1]   The debtors in these chapter 15 cases, along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Oi S.A. (01-43 – Brazil), Oi Brasil Holdings Coöperatief U.A. (8447 – Netherlands), Portugal Telecom International Finance B.V. (5023 – Netherlands) ("Oi").

BGC Fibra Participações S.A. and V.tal – Rede Neutra de Telecomunicações S.A. ("V.tal") hereby file the certified translation of the ruling issued by Appellate Judge Monica di Piero Costa, previously filed as Exhibit E to V.tal's Notice of Filing of September 30, 2025 Ruling (ECF No. 130-5).

The certified translation is attached hereto as Exhibit A.

Dated:  October 6, 2025
       New York, New York

**Quinn Emanuel Urquhart &
   Sullivan, LLP**

/s/  Benjamin Finestone
Michael Carlinsky
Benjamin Finestone
Mario O. Gazzola
Jeremy Baldoni
Lindsay Weber
Julia T. Rodrigues (admitted *pro hac vice*)
295 5th Avenue, 9th Floor
New York, NY 10016
michaelcarlinsky@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
mariogazzola@quinnemanuel.com
jeremybaldoni@quinnemanuel.com
lindsayweber@quinnemanuel.com
juliarodrigues@quinnemanuel.com
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

John K. Shaffer (admitted *pro hac vice*)
865 S Figueroa St, 10th Floor
Los Angeles, CA 90017
johnshaffer@quinnemanuel.com
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Counsel to BGC Fibra Participações S.A. and
V.tal – Rede Neutra de Telecomunicações S.A.*