**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
Philip M. Abelson
Ricardo M. Pasianotto
Claire M. Campbell
David Kim
Peter Strom

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Richard S. Kebrdle (admitted *pro hac vice*)

111 South Wacker Drive, Suite 5100
Chicago, IL 60606
(312) 881-5400
Jason N. Zakia (admitted *pro hac vice*)

*Attorneys for Rodrigo Caldas de Toledo Aguiar,
as Petitioner and Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Oi S.A. *et al.*,[1]<br><br>   Debtors in a Foreign Proceeding. | Case No. 23-10193 (LGB)<br><br>Chapter 15<br>(Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING ON (I) MOTION TO
CLOSE THE CHAPTER 15 CASES UNDER 11 U.S.C. §§ 350 AND
1517(d) AND BANKRUPTCY RULE 5009(c), AND (II) FOREIGN
REPRESENTATIVE'S FINAL REPORT PURSUANT TO BANKRUPTCY RULE 5009(c)**

---

[1] The debtors in the above-captioned cases (the "**Chapter 15 Cases**"), along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Oi S.A. – Em Recuperação Judicial (01-43 – Brazil), Oi Brasil Holdings Coöperatief U.A. – Em Recuperação Judicial (8447 – Netherlands), Portugal Telecom International Finance B.V. – Em Recuperação Judicial (5023 – Netherlands).

**PLEASE TAKE NOTICE** that on September 19, 2025, Rodrigo Caldas de Toledo Aguiar (the "**Petitioner**" or "**Foreign Representative**"),[2] the duly-authorized foreign representative with respect to the jointly-administered judicial reorganization (*recuperação judicial* or "**RJ**") proceeding (the "**Brazilian RJ Proceeding**")[3] of Oi S.A. – Em Recuperação Judicial ("**Oi**"), Oi Brasil Holdings Coöperatief U.A. – Em Recuperação Judicial ("**Coop**"), and Portugal Telecom International Finance B.V. – Em Recuperação Judicial ("**PTIF**") (collectively, the "**Chapter 15 Debtors**" or "**RJ Debtors**"), commenced on March 1, 2023, under Federal Law No. 11,101 of February 9, 2005, as amended, of the laws of the Federative Republic of Brazil, before the 7th Business Court of the City and State of Rio de Janeiro, Brazil (the "**Brazilian RJ Court**"), filed the *Motion to Close the Chapter 15 Cases Under 11 U.S.C. §§ 350 and 1517(d) and Bankruptcy Rule 5009(c)* [ECF No. 125] (the "**Motion**") in the above-captioned cases under chapter 15 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Motion, the Foreign Representative seeks entry of an order, substantially in the form attached to the Motion as **Exhibit A** (the "**Proposed Order**"), closing the Chapter 15 Cases under sections 350 and 1517(d) of the Bankruptcy Code and rule 5009(c) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

**PLEASE TAKE FURTHER NOTICE** that in connection with the Motion and in accordance with Bankruptcy Rule 5009(c), the Foreign Representative filed the *Foreign

---

[2] Unless otherwise indicated herein, capitalized terms shall have the meaning ascribed to them in the Motion (as defined herein), and unless otherwise specified, all citations to ECF docket numbers herein are in reference to case number 23-10193.

[3] The case number for the Brazilian RJ Proceeding before the Brazilian RJ Court is 0090940-03.2023.8.19.0001 (formerly 0809863-36.2023.8.19.0001).

23-10193-lgb    Doc 132    Filed 10/07/25    Entered 10/07/25 22:07:42    Main Document
Pg 3 of 4

*Representative's Final Report Pursuant to Bankruptcy Rule 5009(c)*, attached to the Motion as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court had previously scheduled a hearing (the "**Hearing**") to consider the relief requested in the Motion for **October 21, 2025 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Lisa G. Beckerman.

**PLEASE TAKE FURTHER NOTICE** that the deadline to submit any response or objection to the Motion or the Final Report (the "**Objection Deadline**") was set to October 14, 2025 at 4:00 p.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that the Hearing and the Objection Deadline **have been ADJOURNED to a date and time to be determined**. The Foreign Representative will file a notice of the date and time of the adjourned Hearing and Objection Deadline once they have been rescheduled.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion, the Proposed Order, and the Final Report are available to parties in interest on the Bankruptcy Court's Electronic Case Filing System, which can be accessed from the Bankruptcy Court's website at http://www.nysb.uscourts.gov (a PACER login and password are required to retrieve a document).

[*The remainder of this page is intentionally left blank*]

Dated: October 7, 2025
     New York, New York

Respectfully submitted,

By:   */s/ Philip M. Abelson*
      Philip M. Abelson

**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
Philip M. Abelson
Ricardo M. Pasianotto
Claire M. Campbell
David Kim
Peter Strom

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Richard S. Kebrdle (admitted *pro hac vice*)

111 South Wacker Drive, Suite 5100
Chicago, IL 60606
(312) 881-5400
Jason N. Zakia (admitted *pro hac vice*)

*Attorneys for Rodrigo Caldas de Toledo Aguiar,
as Petitioner and Foreign Representative*