UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**Oi S.A. *et al.*,**<br><br>Debtors in a Foreign Proceeding.[1] | Chapter 15<br><br>Jointly Administered<br><br>Case No. 23-10193 (LGB) |

## ORDER SCHEDULING CONFERENCE

**WHEREAS**, on February 13, 2026, the Noteholder Parties[2] filed a statement "apprising the Court of certain developments in Oi's Brazilian judicial reorganization and the potential need for relief from this Court in the near future" and contemplating "a status conference should the Court wish to schedule one, either now or after further reports" [ECF 133]; and

**WHEREAS**, on February 20, 2026, the Court received certain *ex parte* communications from Bruno Rezende (the "Judicial Administrator") via email; and

**WHEREAS**, the Court's policy regarding *ex parte* communication requires the Court to publicize information received *ex parte* by filing the communication upon the docket of the case to which it relates, unless it contains confidential information; and

**WHEREAS**, the Court lacks information necessary to determine whether the Judicial Administrator's email contains confidential information such that it should not be publicized on the docket of this chapter 15 case; and

**WHEREAS**, in the interest of conducting a fair and informed process, the Court now wishes to schedule a status conference to discuss recent developments in Oi's ongoing judicial reorganization.

---

[1] The debtors in these chapter 15 cases, along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Oi S.A. (01-43 – Brazil), Oi Brasil Holdings Coöperatief U.A. (8447 – Netherlands), Portugal Telecom International Finance B.V. (5023 – Netherlands).
[2] As defined therein.

**NOW, THEREFORE, IT IS HEREBY**

**ORDERED**, that the Court shall hold a status conference, via Zoom for Government, at **10 AM (EST) on March 5, 2026** (the "Conference"); and it is further

**ORDERED**, that the Judicial Administrator and counsel for each of the Debtor, the Judicial Administrator, the Foreign Representative and the Noteholder Parties shall appear that the Conference.[3]

Dated: New York, New York
February 26, 2026

*/s/ Lisa G. Beckerman*
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE

---

[3] The Court recognizes that certain of these parties may share common counsel. For the avoidance of doubt, each party need not be represented by separate counsel, and one attorney may appear on behalf of multiple parties.