# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: admin | Date Created: 2/26/2026 |
| Case: 23−10193−lgb | Form ID: pdf001 | Total: 37 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| cr | Ad Hoc Group |
| cr | The Bank of New York Mellon |
| frep | Rodrigo Aguiar |
| cr | BGC Fibra Participacoes S.A. |
| cr | V.tal – Rede Neutra de Telecomunicacoes S.A. |
| unk | Ad Hoc Group |
| unk | Associao Brasileira de Special Situations e Litigation Finance |
| intp | Lemvig RJ Infraestrutura e Redes de Telecomunicaes S.A. |
| intp | Lemvig RJ Infraestrutura e Redes de Telecomunicacoes S.A. |
| intp | American Tower do Brasil–Cessao de Infraestruturas S.A. and American Tower do Brasil–Comunicacao Multimidia Ltda |

                                                                                                TOTAL: 10

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| aty | Amanda Ann Parra Criste | aparracriste@whitecase.com |
| aty | Benjamin Finestone | benjaminfinestone@quinnemanuel.com |
| aty | Claire Campbell | claire.campbell@whitecase.com |
| aty | David Schiff | david.schiff@davispolk.com |
| aty | Francisco Vazquez | francisco.vazquez@nortonrosefulbright.com |
| aty | Gabriela Barreto Menna Barreto Scanlon | gabriela@mbscanlon.com |
| aty | Jason Zakia | jzakia@whitecase.com |
| aty | Jeremy Baldoni | jeremybaldoni@quinnemanuel.com |
| aty | Julia Teixeira Rodrigues | juliarodrigues@quinnemanuel.com |
| aty | Kenneth John Shaffer | johnshaffer@quinnemanuel.com |
| aty | Lindsay Weber | lindsayweber@quinnemanuel.com |
| aty | Mario O. Gazzola | mariogazzola@quinnemanuel.com |
| aty | Mary O'Leary | maggieoleary@quinnemanuel.com |
| aty | Michael Barry Carlinsky | michaelcarlinsky@quinnemanuel.com |
| aty | Nicholas E. Baker | nbaker@stblaw.com |
| aty | Peter J. Strom | peter.strom@whitecase.com |
| aty | Philip Abelson | philip.abelson@whitecase.com |
| aty | Ricardo Pasianotto | ricardo.pasianotto@whitecase.com |
| aty | Richard Kebrdle | rkebrdle@whitecase.com |
| aty | Robert A. Weber | Weber@ChipmanBrown.com |
| aty | Shawn M. Christianson | schristianson@buchalter.com |
| aty | Timothy E. Graulich | timothy.graulich@davispolk.com |

                                                                                                TOTAL: 23

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Oi S.A.   Rua do Lavradio, No. 71, 2nd Floor   Rio de Janerio, RJ 20230−070   BRAZIL |
| frep | Antonio Reinaldo Rabelo Filho   Rua Barao da Torre,   550, Apt. 201, Ipanema   Rio de Janero, RJ   BRAZIL |
| cr | Oracle America, Inc.   Buchalter PC   c/o Shawn M. Christianson   425 Market St., Suite 2900   San Francisco, Ca 94105 |
| 7998986 | Oracle America, Inc.   c/o Shawn M. Christianson, Esq.   Buchalter PC   425 Market St., Suite 2900   San Francisco, CA 94105 |

                                                                                                TOTAL: 4