**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| **Oi S.A. *et al*.,** | Jointly Administered |
| Debtors in a Foreign Proceeding.[1] | Case No. 23-10193 (LGB) |

## ORDER ADJOURNING CONFERENCE

**PLEASE BE AWARE THAT IT IS HEREBY**

**ORDERED**, that the conference contemplated by the order (the "Order") [ECF 135] entered by the Court, dated February 26, 2026, is adjourned to **3 PM (EST) on March 10, 2026**, and all other provisions of the Order remain in full force and effect.

Dated: New York, New York
March 2, 2026

*/s/ Lisa G. Beckerman*
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE

---

[1] The debtors in these chapter 15 cases, along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Oi S.A. (01-43 – Brazil), Oi Brasil Holdings Coöperatief U.A. (8447 – Netherlands), Portugal Telecom International Finance B.V. (5023 – Netherlands).