Erin Valentine
CHAFFETZ LINDSEY LLP
1700 Broadway
New York, New York 10019
Telephone: (212) 257-6932
Facsimile: (212) 257-6950

*Attorney for Foreign Representative and Chapter 15 Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHER DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>**Oi S.A.** *et al.*<br><br>Debtors in a Foreign Proceeding.[1] | Chapter 15<br><br>Jointly Administered<br><br>Case No. 23-10193 (LGB) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

  **PLEASE TAKE NOTICE** that Chaffetz Lindsey LLP, for and on behalf of Oi S.A. ("**Oi**"),

Oi Brasil Holdings Coöperatief U.A. ("**Coop**"), and Portugal Telecom International Finance B.V.

("**PTIF**," together with Oi and Coop, the "**Chapter 15 Debtors**"), hereby appears in the above-

captioned case(s) pursuant to Federal Rule of Bankruptcy Procedure 2002(g), 9007 and 9010(b),

and requests that copies of all notices and pleadings given or filed in the above-captioned case(s)

be given and served upon the following:

---

[1] The debtors in the above-captioned cases, along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Oi S.A. – Em Recuperação Judicial (01-43 – Brazil), Oi Brasil Holdings Coöperatief U.A. – Em Recuperação Judicial (8447 – Netherlands), Portugal Telecom International Finance B.V. – Em Recuperação Judicial (5023 – Netherlands).

Erin Valentine, Esq.
CHAFFETZ LINDSEY LLP
1700 Broadway, 33rd Floor
New York, New York 10019
Telephone:  (212) 257-6932
Facsimile: (212) 257-6950
E-mail:  e.valentine@chaffetzlindsey.com

Dated: March 3, 2026                   Respectfully submitted,
       New York, New York

                                       CHAFFETZ LINDSEY LLP


                                       */s/ Erin Valentine*
                                       Erin Valentine
                                       CHAFFETZ LINDSEY LLP
                                       1700 Broadway
                                       New York, New York 10019
                                       Telephone: (212) 257-6932

                                       *Attorney for Foreign Representative
                                       and Chapter 15 Debtors*