Alan J. Lipkin
CHAFFETZ LINDSEY LLP
1700 Broadway
New York, New York 10019
Telephone: (212) 257-6922
Facsimile: (212) 257-6950

*Attorney for Foreign Representative and Chapter 15 Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHER DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| **Oi S.A.** *et al.* | Jointly Administered |
| Debtors in a Foreign Proceeding.[1] | Case No. 23-10193 (LGB) |

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Chaffetz Lindsey LLP, for and on behalf of Oi S.A. ("**Oi**"), Oi Brasil Holdings Coöperatief U.A. ("**Coop**"), and Portugal Telecom International Finance B.V. ("**PTIF**," together with Oi and Coop, the "**Chapter 15 Debtors**"), hereby appears in the above-captioned case(s) pursuant to Federal Rule of Bankruptcy Procedure 2002(g), 9007 and 9010(b), and requests that copies of all notices and pleadings given or filed in the above-captioned case(s) be given and served upon the following:

---

[1] The debtors in the above-captioned cases, along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Oi S.A. – Em Recuperação Judicial (01-43 – Brazil), Oi Brasil Holdings Coöperatief U.A. – Em Recuperação Judicial (8447 – Netherlands), Portugal Telecom International Finance B.V. – Em Recuperação Judicial (5023 – Netherlands).

                    Alan J. Lipkin, Esq.
                    CHAFFETZ LINDSEY LLP
                    1700 Broadway, 33rd Floor
                    New York, New York 10019
                    Telephone:  (212) 257-6922
                    Facsimile: (212) 257-6950
                    E-mail:  a.lipkin@chaffetzlindsey.com

Dated: March 3, 2026
       New York, New York

Respectfully submitted,

CHAFFETZ LINDSEY LLP

*/s/ Alan J. Lipkin*
Alan J. Lipkin
CHAFFETZ LINDSEY LLP
1700 Broadway
New York, New York 10019
Telephone: (212) 257-6960

*Attorney for Foreign Representative
and Chapter 15 Debtors*