Alan J. Lipkin
Erin Valentine
Marcel Engholm
CHAFFETZ LINDSEY LLP
1700 Broadway
New York, New York 10019
Telephone: (212) 257-6960
Facsimile: (212) 257-6950

*Attorneys for Foreign Representative
and Chapter 15 Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | **Chapter 15** |
| **Oi S.A.** *et al.,* | **Case No. 23-10193 (LGB)** |
| **Debtors in Foreign Proceeding.**[1] | **Jointly Administered** |

**DISCLOSURE PURSUANT TO 11 U.S.C. § 1518 REGARDING
SUBSTITUTION OF FOREIGN REPRESENTATIVE**

Fabio Wagner, by and through his undersigned counsel, respectfully submits this statement pursuant to section 1518 of title 11 of the United States Code (the "Bankruptcy Code") to inform this Court of his appointment, effective March 2, 2026, as the new duly-authorized foreign representative (the "**Foreign Representative**") respecting the jointly-administered judicial reorganization (*recuperação judicial* or "**RJ**") proceeding (the "**Brazilian RJ Proceeding**") of Oi S.A. – Em Recuperação Judicial ("**Oi**"), Oi Brasil Holdings Coöperatief U.A. – Em Recuperação Judicial ("**Coop**"), and Portugal Telecom International Finance B.V. – Em Recuperação Judicial ("**PTIF**") (collectively, the "**Chapter 15 Debtors**" or "**RJ Debtors**"), commenced on March 1,

---

[1] The debtors in the above-captioned cases (the "Chapter 15 Cases"), along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Oi S.A. – Em Recuperação Judicial (01-43 – Brazil), Oi Brasil Holdings Coöperatief U.A. – Em Recuperação Judicial (8447 – Netherlands), Portugal Telecom International Finance B.V. – Em Recuperação Judicial (5023 – Netherlands).

2023, under Federal Law No. 11.101 of February 9, 2005, as amended (the "**Brazilian Bankruptcy Law**") of the laws of the Federative Republic of Brazil before the 7th Business Court of the City and State of Rio de Janeiro, Brazil (the "**Brazilian RJ Court**").

### APPOINTMENT OF NEW FOREIGN REPRESENTATIVE

1. On March 29, 2023, in its order recognizing the Brazilian RJ Proceeding as the foreign main proceeding of the Chapter 15 Debtors, this Court recognized Mr. Antonio Reinaldo Rabelo Filho as the duly-authorized foreign representative of the Brazilian RJ Proceeding respecting each Chapter 15 Debtor, within the meaning of section 101(24) of the Bankruptcy Code. Order Granting Recognition of Foreign Main Proceeding and Certain Related Relief [ECF No. 30].

2. On May 9, 2025, Oi's Board of Officers revoked the appointment of Mr. Rabelo Filho and appointed Mr. Rodrigo Caldas de Toledo Aguiar as new Foreign Representative [ECF Nos. 45-1, 45-2, and 45-3]. On June 3, 2025, Mr. Aguiar filed a Disclosure on Substitution of Foreign Representative informing the Court of this development [ECF No. 45].

3. On September 30, 2025, the Brazilian RJ Court issued an order: (i) dismissing Oi's Board of Officers, including Mr. Aguiar; (ii) appointing Mr. Bruno Galvao Souza Pinto de Rezende as judicial manager for the Chapter 15 Debtors; and (iii) granting Mr. Rezende broad powers to conduct the operations of the Chapter 15 Debtors. As a result, Mr. Aguiar ceased operating as the Chapter 15 Debtors' Foreign Representative as of that date. A copy of the September 30, 2025 court order and a certified translation are attached hereto as **Exhibit A**. *See* Ex. A at 14, 16.

4. On March 2, 2026, Mr. Rezende appointed Mr. Fabio Wagner as the new Foreign Representative for the Chapter 15 Debtors. Copies of the powers of attorney naming Mr. Wagner as the Foreign Representative are attached hereto as **Exhibit B**.

3. The Foreign Representative will continue to keep the Court apprised of further developments respecting the Brazilian RJ Proceeding.

| | |
|---|---|
| Date: March 3, 2026<br>New York, NY | Respectfully submitted,<br><br>/s/ *Alan J. Lipkin*<br>**CHAFFETZ LINDSEY LLP**<br>1700 Broadway, 33rd Floor<br>New York, NY 10019<br>Alan J. Lipkin<br>Erin Valentine<br>Marcel Engholm<br>a.lipkin@chaffetzlindsey.com<br>e.valentine@chaffetzlindsey.com<br>m.engholm@chaffetzlindsey.com<br><br>*Counsel for the Foreign Representative and Chapter 15 Debtors* |