# EXHIBIT B

### PROCURAÇÃO

Pelo presente instrumento particular **OI BRASIL HOLDINGS COÖPERATIEF U.A. – EM RECUPERAÇÃO JUDICIAL**, cooperativa constituída sob as leis da Holanda, inscrita no CNPJ/ME sob o nº 16.770.090/0001-30, com sede em Delflandlaan 1 (Queens Tower), Office 806, 1062 EA, Amsterdã, Holanda ("OUTORGANTE"), neste ato representada pelo seu Gestor Judicial, Bruno Galvão Souza Pinto de Rezende, brasileiro, casado, advogado, inscrito no CPF/MF sob o nº 055.243.027-79 e na OAB/RJ sob o nº 124.405, com endereço na Rua Jangadeiros nº 48, Ipanema, Rio de Janeiro/RJ, Brasil, nomeia e constitui:

**(1)** o Sr. **Fábio Wagner**, brasileiro, casado, advogado, portador da carteira de identidade nº 28.882.762-4, expedida pela SSP/SP, inscrito no CPF/MF sob o nº 225.737.668-45, com endereço na Cidade e Estado do Rio de Janeiro, com escritório na Rua Jangadeiros, nº 48, Ipanema, Rio de Janeiro/RJ, Brasil (doravante designado "OUTORGADO"), como seu novo representante legal, com poderes específicos para, em seu nome e benefício, obrigar e representar individualmente a OUTORGANTE na Holanda, Estados Unidos da América e Reino Unido, com a finalidade de atuar nesses países como representante da OUTORGANTE com relação ao processo cautelar de suspensão de execuções em face da OUTORGANTE e outras medidas acautelatórias, movido pela OUTORGANTE e em trâmite no juízo recuperacional brasileiro competente, nos termos da Lei No. 11.101/05 e outras leis aplicáveis ("Processo Brasileiro"), incluindo poderes para buscar qualquer medida disponível *(i)* a um "representante estrangeiro", conforme definido no Capítulo 15 do título 11 do Código dos Estados Unidos, e *(ii)* a um "representante estrangeiro", conforme definido no artigo 2 do Cross Border Insolvency Regulations 2006 ("CBIR"), nos termos do CBIR ou outra legislação aplicável, podendo o OUTORGADO, em ambos os casos, atuar como

### POWER OF ATTORNEY

By this private instrument, **OI BRASIL HOLDINGS COÖPERATIEF U.A. – UNDER JUDICIAL REORGANIZATION**, a cooperative organized in accordance with the laws of the Netherlands, enrolled with the CNPJ/ME under No. 16.770.090/0001-30, with head office at Delflandlaan 1 (Queens Tower), Office 806, 1062 EA, Amsterdam, the Netherlands (hereinafter referred to as the "GRANTOR"), herein represented in this act represented by its Judicial Manager, Bruno Galvão Souza Pinto de Rezende, Brazilian, married, lawyer, registered with the CPF/MF under number 055.243.027-79 and with the OAB/RJ under number 124.405, with address at Rua Jangadeiros nº 48, Ipanema, Rio de Janeiro/RJ, Brazil, does hereby constitute and appoint:

**(1)** Mr. **Fábio Wagner**, Brazilian, married, lawyer, holder of identity card No. 28.882.762, issued by the SSP/SP, enrolled with the National Taxpayers' Registry (CPF/MF) under no. 225.737.668-45, resident in the City and State of Rio de Janeiro, with business address located at Rua Jangadeiros, nº 48, Ipanema, Rio de Janeiro/RJ, Brazil (hereinafter referred to as the "ATTORNEY-IN-FACT"), as its new legal representative, with specific powers to individually bind and represent the GRANTOR in its name, place, and stead, in the Netherlands, United States of America, and United Kingdom, in order to act in those countries as the representative of the GRANTOR with respect to the interim precautionary proceeding seeking provisional stay relief and other precautionary measures that is pending before the applicable Brazilian bankruptcy court of jurisdiction, pursuant to Law No. 11.101/05 and other applicable laws (the "Brazilian Proceeding"), including powers for seeking any relief available *(i)* to a "foreign representative", as defined in the US Code, title 11, Chapter 15, and *(ii)* to a "foreign representative", as defined in Article 2 of the Cross Border Insolvency Regulations 2006 ("CBIR"), in accordance with the CBIR or other applicable laws, the ATTORNEY-IN-FACT being authorized in both instances to act as the GRANTOR's agent in *(a)* representing the

agente da OUTORGANTE *(a)* na representação do Processo Brasileiro na Holanda, Estados Unidos da América e Reino Unido, incluindo para iniciar, se e quando necessário, qualquer processo auxiliar ou de reconhecimento em suporte do Processo Brasileiro (cada um, um "Processo Auxiliar Estrangeiro") e adotar quaisquer e todas as medidas em nome da OUTORGANTE (conforme permitido pela lei aplicável) que o OUTORGADO considere necessário para efetivar tal medida e qualquer outra medida relacionada que ele considere prudente buscar em qualquer Processo Auxiliar Estrangeiro e *(b)* para praticar todos os atos necessários para o fiel cumprimento do presente mandato. Todos os documentos assinados pelo OUTORGADO obedecerão aos limites estabelecidos no Estatuto Social da OUTORGANTE, sendo vedado o seu substabelecimento. O OUTORGADO deve, durante a vigência do presente mandato, conduzir seus atos de forma ética e em conformidade com os termos das leis anticorrupção brasileiras ou de quaisquer outras aplicáveis sobre o objeto do presente instrumento, em especial o Foreign Corrupt Practices Act - Act, 15 U.S.C. §§ 78dd-l e seguintes dos Estados Unidos da América ("FCPA") e a Lei brasileira n° 12.846/2013 e sua respectiva regulamentação ("Regras Anticorrupção") comprometendo-se o OUTORGADO a abster-se de qualquer atividade que constitua urna violação das disposições dessas Regras Anticorrupção. O OUTORGADO não está autorizado pela OUTORGANTE a dar, oferecer, pagar, prometer pagar ou autorizar o pagamento, direta ou indiretamente, de qualquer dinheiro ou qualquer coisa de valor a qualquer autoridade governamental, consultores, representantes, parceiros ou quaisquer terceiros, bem como assegurar qualquer vantagem indevida, ou direcionar negócios para qualquer pessoa em violação às Regras Anticorrupção. Qualquer descumprimento das Regras Anticorrupção pelo OUTORGADO, em qualquer um dos seus aspectos, ensejará a revogação motivada imediata do presente mandato, podendo a OUTORGANTE tomar as medidas administrativas e judiciais cabíveis contra o OUTORGADO.

Brazilian Proceeding in the Netherlands, United States of America, and United Kingdom, including to commence, if and when needed, any ancillary recognition or other proceeding in support of the Brazilian Proceeding (each, a "Supporting Foreign Proceeding") and take any and all actions on behalf of the GRANTOR (to the extent allowed under applicable law) that the ATTORNEY-IN-FACT deems necessary for such relief and any further related relief that he deems prudent to seek in any Supporting Foreign Proceeding, and *(b)* performing all acts necessary for the faithful execution of this Power of Attorney. All the documents signed by the ATTORNEY-IN-FACT shall comply with the limits set forth in the Articles of Incorporation of the GRANTOR and the delegation of powers will not be allowed. During the term of this Power of Attorney, the ATTORNEY-IN-FACT shall act ethically and pursuant to the terms of the Brazilian anti-corruption laws or any other anti-corruption laws applicable to this Power of Attorney, especially the United States Foreign Corrupt Practices Act – Act 15 U.S.C. §§ 78dd-l et seq. ("FCPA") and the Brazilian Law No. 12,846/2013, and its respective regulations (the "Anti-Corruption Rules"), the ATTORNEY-IN-FACT undertaking to refrain from any action that violates any provisions of such Anti-Corruption Rules. The ATTORNEY-IN-FACT is not authorized by the GRANTOR to give, offer, pay, promise to pay, or otherwise authorize the payment of, direct- or indirectly, any money or anything of value to any officer or employee of any government, consultants, agents, business partners, or third-parties, as well as for the purpose of securing any improper advantage for, or directing any business to, any person, in violation of the Anti-Corruption Rules. Any violation of the Anti-Corruption Rules by the ATTORNEY-IN-FACT, in any aspect, will give rise to the immediate revocation with cause of this Power of Attorney the GRANTOR being entitled to seek all administrative and judicial measures against the ATTORNEY-IN-FACT.

Integram este instrumento duas versões inseparáveis e interdependentes do mesmo texto, sendo uma em língua inglesa e outra em língua portuguesa. Em caso de qualquer dúvida oriunda ou relacionada a este instrumento ou a seus termos, a versão em língua portuguesa prevalecerá.

This instrument is composed of two inseparable and interdependent versions of the same text, one in the English language and the other in the Portuguese language. In the event of any question arising out of or related to this Instrument or its terms, the Portuguese version shall prevail.

Amsterdã, 2 de março de 2026.

Amsterdam, March 2nd, 2026.

DocuSigned by:

E2A43C854B51474...

**OI BRASIL HOLDINGS COÖPERATIEF U.A. – EM RECUPERAÇÃO JUDICIAL / OI BRASIL HOLDINGS COÖPERATIEF U.A. – UNDER JUDICIAL REORGANIZATION**

**Bruno Galvão Souza Pinto de Rezende**

Gestor Judicial / Judicial Manager

## PROCURAÇÃO

Pelo presente instrumento particular **OI S.A. – Em Recuperação Judicial**, companhia aberta organizada e existente de acordo com as leis da República Federativa do Brasil, com sede na Rua do Lavradio, No. 71, 2º andar, Centro, na Cidade e Estado do Rio de Janeiro, inscrita perante o Cadastro Nacional de Pessoas Jurídicas do Ministério da Fazenda (CNPJ/MF) sob o n° 76.535.764/0001-43 (doravante designada "OUTORGANTE"), neste ato representada pelo seu Gestor Judicial, Bruno Galvão Souza Pinto de Rezende, brasileiro, casado, advogado, inscrito no CPF/MF sob o nº 055.243.027-79 e na OAB/RJ sob o nº 124.405, com endereço na Rua Jangadeiros nº 48, Ipanema, Rio de Janeiro/RJ, Brasil, nomeia e constitui:

**(1)** o Sr. **Fábio Wagner**, brasileiro, casado, advogado, portador da carteira de identidade nº 28.882.762-4, expedida pela SSP/SP, inscrito no CPF/MF sob o nº 225.737.668-45, com endereço na Cidade e Estado do Rio de Janeiro, com escritório na Rua Jangadeiros, nº 48, Ipanema, Rio de Janeiro/RJ, Brasil (doravante designado "OUTORGADO"), como seu representante legal, com poderes específicos para, em seu nome e benefício, obrigar e representar individualmente a OUTORGANTE na Holanda, Estados Unidos da América e Reino Unido, com a finalidade de atuar nesses países como representante da OUTORGANTE com relação ao processo cautelar de suspensão de execuções em face da OUTORGANTE e outras medidas acautelatórias, movido pela OUTORGANTE e em trâmite no juízo recuperacional brasileiro competente, nos termos da Lei No. 11.101/05 e outras leis aplicáveis ("Processo Brasileiro"), incluindo poderes para buscar qualquer medida disponível *(i)* a um "representante estrangeiro", conforme definido no Capítulo 15 do título 11 do Código dos Estados Unidos, e *(ii)* a um "representante estrangeiro", conforme definido no artigo 2 do Cross Border Insolvency Regulations 2006 ("CBIR"), nos termos do CBIR ou outra legislação aplicável, podendo o OUTORGADO, em ambos os casos, atuar como

## POWER OF ATTORNEY

By this private instrument, **OI S.A. – In Judicial Reorganization**, a publicly-held company organized and existing under the laws of the Federative Republic of Brazil, with its registered office at Rua do Lavradio, No. 71, 2th floor, Central district, in the City and State of Rio de Janeiro, with the Taxpayers' Register of the Ministry of Finance (CNPJ/MF) under No. 76.535.764/0001-43 (hereinafter referred to as the "GRANTOR"), herein represented in this act represented by its Judicial Manager, Bruno Galvão Souza Pinto de Rezende, Brazilian, married, lawyer, registered with the CPF/MF under number 055.243.027-79 and with the OAB/RJ under number 124.405, with address at Rua Jangadeiros nº 48, Ipanema, Rio de Janeiro/RJ, Brazil, does hereby constitute and appoint:

**(1)** Mr. **Fábio Wagner**, Brazilian, married, lawyer, holder of identity card No. 28.882.762, issued by the SSP/SP, enrolled with the National Taxpayers' Registry (CPF/MF) under no. 225.737.668-45, resident in the City and State of Rio de Janeiro, with business address located at Rua Jangadeiros, nº 48, Ipanema, Rio de Janeiro/RJ, Brazil (hereinafter referred to as the "ATTORNEY-IN-FACT"), as its legal representative, with specific powers to individually bind and represent the GRANTOR in its name, place, and stead, in the Netherlands, United States of America, and United Kingdom, in order to act in those countries as the representative of the GRANTOR with respect to the interim precautionary proceeding seeking provisional stay relief and other precautionary measures that is pending before the applicable Brazilian bankruptcy court of jurisdiction, pursuant to Law No. 11.101/05 and other applicable laws (the "Brazilian Proceeding"), including powers for seeking any relief available *(i)* to a "foreign representative", as defined in the US Code, title 11, Chapter 15, and *(ii)* to a "foreign representative", as defined in Article 2 of the Cross Border Insolvency Regulations 2006 ("CBIR"), in accordance with the CBIR or other applicable laws, the ATTORNEY-IN-FACT being authorized in both instances to act as the GRANTOR's agent in *(a)* representing the

agente da OUTORGANTE *(a)* na representação do Processo Brasileiro na Holanda, Estados Unidos da América e Reino Unido, incluindo para iniciar, se e quando necessário, qualquer processo auxiliar ou de reconhecimento em suporte do Processo Brasileiro (cada um, um "Processo Auxiliar Estrangeiro") e adotar quaisquer e todas as medidas em nome da OUTORGANTE (conforme permitido pela lei aplicável) que o OUTORGADO considere necessário para efetivar tal medida e qualquer outra medida relacionada que ele considere prudente buscar em qualquer Processo Auxiliar Estrangeiro e *(b)* para praticar todos os atos necessários para o fiel cumprimento do presente mandato. Todos os documentos assinados pelo OUTORGADO obedecerão aos limites estabelecidos no Estatuto Social da OUTORGANTE, sendo vedado o seu substabelecimento. O OUTORGADO deve, durante a vigência do presente mandato, conduzir seus atos de forma ética e em conformidade com os termos das leis anticorrupção brasileiras ou de quaisquer outras aplicáveis sobre o objeto do presente instrumento, em especial o Foreign Corrupt Practices Act - Act, 15 U.S.C. §§ 78dd-l e seguintes dos Estados Unidos da América ("FCPA") e a Lei brasileira n° 12.846/2013 e sua respectiva regulamentação ("Regras Anticorrupção") comprometendo-se o OUTORGADO a abster-se de qualquer atividade que constitua urna violação das disposições dessas Regras Anticorrupção. O OUTORGADO não está autorizado pela OUTORGANTE a dar, oferecer, pagar, prometer pagar ou autorizar o pagamento, direta ou indiretamente, de qualquer dinheiro ou qualquer coisa de valor a qualquer autoridade governamental, consultores, representantes, parceiros ou quaisquer terceiros, bem como assegurar qualquer vantagem indevida, ou direcionar negócios para qualquer pessoa em violação às Regras Anticorrupção. Qualquer descumprimento das Regras Anticorrupção pelo OUTORGADO, em qualquer um dos seus aspectos, ensejará a revogação motivada imediata do presente mandato, podendo a OUTORGANTE tomar as medidas administrativas e judiciais cabíveis contra o OUTORGADO.

Brazilian Proceeding in the Netherlands, United States of America, and United Kingdom, including to commence, if and when needed, any ancillary recognition or other proceeding in support of the Brazilian Proceeding (each, a "Supporting Foreign Proceeding") and take any and all actions on behalf of the GRANTOR (to the extent allowed under applicable law) that the ATTORNEY-IN-FACT deems necessary for such relief and any further related relief that he deems prudent to seek in any Supporting Foreign Proceeding, and *(b)* performing all acts necessary for the faithful execution of this Power of Attorney. All the documents signed by the ATTORNEY-IN-FACT shall comply with the limits set forth in the Articles of Incorporation of the GRANTOR and the delegation of powers will not be allowed. During the term of this Power of Attorney, the ATTORNEY-IN-FACT shall act ethically and pursuant to the terms of the Brazilian anti-corruption laws or any other anti-corruption laws applicable to this Power of Attorney, especially the United States Foreign Corrupt Practices Act – Act 15 U.S.C. §§ 78dd-l et seq. ("FCPA") and the Brazilian Law No. 12,846/2013, and its respective regulations (the "Anti-Corruption Rules"), the ATTORNEY-IN-FACT undertaking to refrain from any action that violates any provisions of such Anti-Corruption Rules. The ATTORNEY-IN-FACT is not authorized by the GRANTOR to give, offer, pay, promise to pay, or otherwise authorize the payment of, direct- or indirectly, any money or anything of value to any officer or employee of any government, consultants, agents, business partners, or third-parties, as well as for the purpose of securing any improper advantage for, or directing any business to, any person, in violation of the Anti-Corruption Rules. Any violation of the Anti-Corruption Rules by the ATTORNEY-IN-FACT, in any aspect, will give rise to the immediate revocation with cause of this Power of Attorney the GRANTOR being entitled to seek all administrative and judicial measures against the ATTORNEY-IN-FACT.

Integram este instrumento duas versões inseparáveis e interdependentes do mesmo texto, sendo uma em língua inglesa e outra em língua portuguesa. Em caso de qualquer dúvida oriunda ou relacionada a este instrumento ou a seus termos, a versão em língua portuguesa prevalecerá.

This instrument is composed of two inseparable and interdependent versions of the same text, one in the English language and the other in the Portuguese language. In the event of any question arising out of or related to this Instrument or its terms, the Portuguese version shall prevail.

Rio de Janeiro, 2 de março de 2026.

Rio de Janeiro, March 2nd, 2026.

**OI S.A. – Em Recuperação Judicial / Oi S.A – In Judicial Reorganization**

**Bruno Galvão Souza Pinto de Rezende**

Gestor Judicial / Judicial Manager

## PROCURAÇÃO

Pelo presente instrumento particular **PORTUGAL TELECOM INTERNATIONAL FINANCE B.V. – EM RECUPERAÇÃO JUDICIAL**, sociedade de responsabilidade limitada constituída sob as leis da Holanda, com sede em Delflandlaan 1 (Queens Tower), Office 806, 1062 EA, Amsterdam, Holanda ("OUTORGANTE"), neste ato representada pelo seu Gestor Judicial, Bruno Galvão Souza Pinto de Rezende, brasileiro, casado, advogado, inscrito no CPF/MF sob o nº 055.243.027-79 e na OAB/RJ sob o nº 124.405, com endereço na Rua Jangadeiros nº 48, Ipanema, Rio de Janeiro/RJ, Brasil, nomeia e constitui:

**(1)** o Sr. **Fábio Wagner**, brasileiro, casado, advogado, portador da carteira de identidade nº 28.882.762-4, expedida pela SSP/SP, inscrito no CPF/MF sob o nº 225.737.668-45, com endereço na Cidade e Estado do Rio de Janeiro, com escritório na Rua Jangadeiros, nº 48, Ipanema, Rio de Janeiro/RJ, Brasil (doravante designado "OUTORGADO"), como seu novo representante legal, com poderes específicos para, em seu nome e beneficio, obrigar e representar individualmente a OUTORGANTE na Holanda, Estados Unidos da América e Reino Unido, com a finalidade de atuar nesses países como representante da OUTORGANTE com relação ao processo cautelar de suspensão de execuções em face da OUTORGANTE e outras medidas acautelatórias, movido pela OUTORGANTE e em trâmite no juízo recuperacional brasileiro competente, nos termos da Lei No. 11.101/05 e outras leis aplicáveis ("Processo Brasileiro"), incluindo poderes para buscar qualquer medida disponível *(i)* a um "representante estrangeiro", conforme definido no Capítulo 15 do título 11 do Código dos Estados Unidos, e *(ii)* a um "representante estrangeiro", conforme definido no artigo 2 do Cross Border Insolvency Regulations 2006 ("CBIR"), nos termos do CBIR ou outra legislação aplicável, podendo o OUTORGADO, em ambos os casos, atuar como agente da OUTORGANTE *(a)* na representação

## POWER OF ATTORNEY

By this private instrument, **PORTUGAL TELECOM INTERNATIONAL FINANCE B.V. – UNDER JUDICIAL REORGANIZATION**, a private limited liability company organized in accordance with the laws of the Netherlands, with head office at Delflandlaan 1 (Queens Tower), Office 806, 1062 EA, Amsterdam, the Netherlands (hereinafter referred to as the "GRANTOR"), herein represented in this act represented by its Judicial Manager, Bruno Galvão Souza Pinto de Rezende, Brazilian, married, lawyer, registered with the CPF/MF under number 055.243.027-79 and with the OAB/RJ under number 124.405, with address at Rua Jangadeiros nº 48, Ipanema, Rio de Janeiro/RJ, Brazil, does hereby constitute and appoint:

**(1)** Mr. **Fábio Wagner**, Brazilian, married, lawyer, holder of identity card No. 28.882.762, issued by the SSP/SP, enrolled with the National Taxpayers' Registry (CPF/MF) under no. 225.737.668-45, resident in the City and State of Rio de Janeiro, with business address located at Rua Jangadeiros, nº 48, Ipanema, Rio de Janeiro/RJ, Brazil (hereinafter referred to as the "ATTORNEY-IN-FACT"), as its new legal representative, with specific powers to individually bind and represent the GRANTOR in its name, place, and stead, in the Netherlands, United States of America, and United Kingdom, in order to act in those countries as the representative of the GRANTOR with respect to the interim precautionary proceeding seeking provisional stay relief and other precautionary measures that is pending before the applicable Brazilian bankruptcy court of jurisdiction, pursuant to Law No. 11.101/05 and other applicable laws (the "Brazilian Proceeding"), including powers for seeking any relief available *(i)* to a "foreign representative", as defined in the US Code, title 11, Chapter 15, and *(ii)* to a "foreign representative", as defined in Article 2 of the Cross Border Insolvency Regulations 2006 ("CBIR"), in accordance with the CBIR or other applicable laws, the ATTORNEY-IN-FACT being authorized in both instances to act as the GRANTOR's agent in *(a)* representing the Brazilian Proceeding in the Netherlands, United

do Processo Brasileiro na Holanda, Estados Unidos da América e Reino Unido, incluindo para iniciar, se e quando necessário, qualquer processo auxiliar ou de reconhecimento em suporte do Processo Brasileiro (cada um, um "Processo Auxiliar Estrangeiro") e adotar quaisquer e todas as medidas em nome da OUTORGANTE (conforme permitido pela lei aplicável) que o OUTORGADO considere necessário para efetivar tal medida e qualquer outra medida relacionada que ele considere prudente buscar em qualquer Processo Auxiliar Estrangeiro e *(b)* para praticar todos os atos necessários para o fiel cumprimento do presente mandato. Todos os documentos assinados pelo OUTORGADO obedecerão aos limites estabelecidos no Estatuto Social da OUTORGANTE, sendo vedado o seu substabelecimento. O OUTORGADO deve, durante a vigência do presente mandato, conduzir seus atos de forma ética e em conformidade com os termos das leis anticorrupção brasileiras ou de quaisquer outras aplicáveis sobre o objeto do presente instrumento, em especial o Foreign Corrupt Practices Act - Act, 15 U.S.C. §§ 78dd-l e seguintes dos Estados Unidos da América ("FCPA") e a Lei brasileira n° 12.846/2013 e sua respectiva regulamentação ("Regras Anticorrupção") comprometendo-se o OUTORGADO a abster-se de qualquer atividade que constitua urna violação das disposições dessas Regras Anticorrupção. O OUTORGADO não está autorizado pela OUTORGANTE a dar, oferecer, pagar, prometer pagar ou autorizar o pagamento, direta ou indiretamente, de qualquer dinheiro ou qualquer coisa de valor a qualquer autoridade governamental, consultores, representantes, parceiros ou quaisquer terceiros, bem como assegurar qualquer vantagem indevida, ou direcionar negócios para qualquer pessoa em violação às Regras Anticorrupção. Qualquer descumprimento das Regras Anticorrupção pelo OUTORGADO, em qualquer um dos seus aspectos, ensejará a revogação motivada imediata do presente mandato, podendo a OUTORGANTE tomar as medidas administrativas e judiciais cabíveis contra o OUTORGADO.

States of America, and United Kingdom, including to commence, if and when needed, any ancillary recognition or other proceeding in support of the Brazilian Proceeding (each, a "Supporting Foreign Proceeding") and take any and all actions on behalf of the GRANTOR (to the extent allowed under applicable law) that the ATTORNEY-IN-FACT deems necessary for such relief and any further related relief that he deems prudent to seek in any Supporting Foreign Proceeding, and *(b)* performing all acts necessary for the faithful execution of this Power of Attorney. All the documents signed by the ATTORNEY-IN-FACT shall comply with the limits set forth in the Articles of Incorporation of the GRANTOR and the delegation of powers will not be allowed. During the term of this Power of Attorney, the ATTORNEY-IN-FACT shall act ethically and pursuant to the terms of the Brazilian anti-corruption laws or any other anti-corruption laws applicable to this Power of Attorney, especially the United States Foreign Corrupt Practices Act – Act 15 U.S.C. §§ 78dd-l et seq. ("FCPA") and the Brazilian Law No. 12,846/2013, and its respective regulations (the "Anti-Corruption Rules"), the ATTORNEY-IN-FACT undertaking to refrain from any action that violates any provisions of such Anti-Corruption Rules. The ATTORNEY-IN-FACT is not authorized by the GRANTOR to give, offer, pay, promise to pay, or otherwise authorize the payment of, direct- or indirectly, any money or anything of value to any officer or employee of any government, consultants, agents, business partners, or third-parties, as well as for the purpose of securing any improper advantage for, or directing any business to, any person, in violation of the Anti-Corruption Rules. Any violation of the Anti-Corruption Rules by the ATTORNEY-IN-FACT, in any aspect, will give rise to the immediate revocation with cause of this Power of Attorney the GRANTOR being entitled to seek all administrative and judicial measures against the ATTORNEY-IN-FACT.

This instrument is composed of two inseparable and interdependent versions of the same text, one in the English language and the other in the Portuguese language. In the event of any question arising out of or related to this Instrument or its terms, the Portuguese version shall prevail.

Integram este instrumento duas versões inseparáveis e interdependentes do mesmo texto, sendo uma em língua inglesa e outra em língua portuguesa. Em caso de qualquer dúvida oriunda ou relacionada a este instrumento ou a seus termos, a versão em língua portuguesa prevalecerá.

Amsterdã, 2 de março de 2026.                    Amsterdam, March 2nd, 2026.

**PORTUGAL TELECOM INTERNATIONAL FINANCE B.V. – EM RECUPERAÇÃO JUDICIAL / PORTUGAL TELECOM INTERNATIONAL FINANCE B.V. – UNDER JUDICIAL REORGANIZATION**

**Bruno Galvão Souza Pinto de Rezende**

Gestor Judicial / Judicial Manager

**docusign**

## Certificado de Conclusão

Identificação de envelope: 5D0AA900-CF33-4BDC-8711-A7805F72F86A          Status: Concluído
Assunto: Complete with Docusign: Oi S.A. - PoA Foreign Representative (Fábio Wagner).docx, PTIF - PoA Fo...

Envelope fonte:
Documentar páginas: 9                    Assinaturas: 3                    Remetente do envelope:
Certificar páginas: 4                    Rubrica: 0                        Cláudia de Moraes Santos
Assinatura guiada: Ativado                                                 R CORREIA VASQUES, numero 69
Selo com EnvelopeId (ID de envelope): Ativado                             RJ, RJ  20211-140
Fuso horário: (UTC-03:00) Brasília                                         claudia.santos@oi.net.br
                                                                           Endereço IP: 200.140.127.80

## Rastreamento de registros

Status: Original                         Portador: Cláudia de Moraes Santos     Local: DocuSign
          02/03/2026 14:01:26                       claudia.santos@oi.net.br

| Eventos do signatário | Assinatura | Registro de hora e data |
|---|---|---|
| Bruno Galvão Souza Pinto de Rezende<br>brunorezende@psvar.com.br<br>Nível de segurança: E-mail, Autenticação da conta (Nenhuma) | DocuSigned by:<br>E2A43C854B51474...<br><br>Adoção de assinatura: Desenhado no dispositivo<br>Usando endereço IP: 187.16.65.146<br>Assinado com o uso do celular | Enviado: 02/03/2026 14:04:18<br>Visualizado: 02/03/2026 14:12:28<br>Assinado: 02/03/2026 14:12:38 |

**Termos de Assinatura e Registro Eletrônico:**
    Aceito: 23/10/2025 18:37:28
    ID: 2b7f8b88-d1b7-4306-9cd3-527ce6418a87

| Eventos do signatário presencial | Assinatura | Registro de hora e data |
|---|---|---|

| Eventos de entrega do editor | Status | Registro de hora e data |
|---|---|---|

| Evento de entrega do agente | Status | Registro de hora e data |
|---|---|---|

| Eventos de entrega intermediários | Status | Registro de hora e data |
|---|---|---|

| Eventos de entrega certificados | Status | Registro de hora e data |
|---|---|---|

| Eventos de cópia | Status | Registro de hora e data |
|---|---|---|
| Marina de Freitas Maciel<br>marina.maciel@oi.net.br<br>Nível de segurança: E-mail, Autenticação da conta (Nenhuma) | **Copiado** | Enviado: 02/03/2026 14:04:19 |

**Termos de Assinatura e Registro Eletrônico:**
    Aceito: 01/09/2025 19:16:47
    ID: c9d7a0be-12ff-438f-8256-7678fdb87f6b

| Eventos com testemunhas | Assinatura | Registro de hora e data |
|---|---|---|

| Eventos do tabelião | Assinatura | Registro de hora e data |
|---|---|---|

| Eventos de resumo do envelope | Status | Carimbo de data/hora |
|---|---|---|
| Envelope enviado | Com hash/criptografado | 02/03/2026 14:04:19 |
| Entrega certificada | Segurança verificada | 02/03/2026 14:12:28 |
| Assinatura concluída | Segurança verificada | 02/03/2026 14:12:38 |
| Concluído | Segurança verificada | 02/03/2026 14:12:38 |

| Eventos de pagamento | Status | Carimbo de data/hora |
| --- | --- | --- |

**Termos de Assinatura e Registro Eletrônico**

**ELECTRONIC RECORD AND SIGNATURE DISCLOSURE**

From time to time, OI_SERVICES (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact OI_SERVICES:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: juliana.telles@oi.net.br

**To advise OI_SERVICES of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at juliana.telles@oi.net.br and in the body of such request you must state: your previous

email address, your new email address.  We do not require any other information from you to change your email address

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from OI_SERVICES**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to juliana.telles@oi.net.br and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with OI_SERVICES**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to juliana.telles@oi.net.br and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.  The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process.

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify OI_SERVICES as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by OI_SERVICES during the course of your relationship with OI_SERVICES.