UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Oi S.A., *et al.*,<br><br>Debtors in a Foreign Proceeding.[1] | Chapter 15<br><br>Case No. 23-10193 (LGB)<br><br>**(Jointly Administered)** |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the attorneys listed below enter their appearances (this "Notice of Appearance") as counsel to UMB Bank, N.A., solely in its capacity as Indenture Trustee, Registrar, Paying Agent and Transfer Agent ("UMB Bank") in connection with those certain 10.000%/13.500% PIK Toggle Senior Secured Notes Due 2027 issued by Oi S.A. – in Judicial Reorganization and those certain 8.50% PIK Subordinated Secured Notes Due 2028 issued by Oi S.A. – in Judicial Reorganization pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"), and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that all notices given or required to be given in the chapter 15 cases (collectively, the "Chapter 15 Cases") of the above-captioned debtors (collectively, the "Debtors"), and all papers served or required to be served in the Chapter 15 Cases, be given and served upon:

*Appearances listed on next page*

---

[1] The debtors in these chapter 15 cases, along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Oi S.A. (01-43-Brazil), Oi Brasil Holdings Coöperatief U.A. (8447-Netherlands), Portugal Telecom International Finance B.V. (5032-Netherlands).

James H. Millar
Laura E. Appleby
Kyle R. Kistinger
**FAEGRE DRINKER BIDDLE & REATH LLP**
1177 Avenue of the Americas, 43rd Floor
New York, NY 10036
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
james.millar@faegredrinker.com
laura.appleby@faegredrinker.com
kyle.kistinger@faegredrinker.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders and notices of any application, motion, petition, complaint, demand, request, or other pleading in the Chapter 15 Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically, or otherwise filed with or delivered to the Bankruptcy Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the Debtors or their property or UMB Bank.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearances, pleadings, proofs of claims, claims, or suits filed in the Chapter 15 Cases shall be deemed or construed as consent by UMB Bank to the exercise by the Bankruptcy Court of the judicial power of the United States, or a waiver of any rights of UMB Bank to (i) have final orders in any noncore matters entered only after de novo review by a District Judge, (ii) trial by jury in the United States District Court in any proceeding so triable in the Chapter 15 Cases or any case, controversy, or proceeding related to the Chapter 15 Cases, (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments, as appropriate, to which UMB Bank is or may be entitled, either in law or in equity, under any agreements, all of which rights, claims,

actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: March 10, 2026

**FAEGRE DRINKER BIDDLE & REATH LLP**

<u>/s/ Laura E. Appleby</u>
James H. Millar
Laura E. Appleby
Kyle R. Kistinger
1177 Avenue of the Americas, 43rd Floor
New York, NY 10036
Telephone: (212) 248-3140
Facsimile: (212) 248-3141
james.millar@faegredrinker.com
laura.appleby@faegredrinker.com
kyle.kistinger@faegredrinker.com

*Counsel to UMB Bank, N.A., solely in its capacity as Indenture Trustee, Registrar, Paying Agent and Transfer Agent*