Alan J. Lipkin
Erin Valentine
Marcel Engholm
CHAFFETZ LINDSEY LLP
1700 Broadway
New York, New York 10019
Telephone: (212) 257-6960
Facsimile: (212) 257-6950

*Attorneys for Foreign Representative
and Chapter 15 Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In re* | Chapter 15 |
| **Oi S.A.** *et al.,* | Case No. 23-10193 (LGB) |
| Debtors in Foreign Proceeding.[1] | Jointly Administered |

### STIPULATION AND ORDER SUBSTITUTING COUNSEL RECITALS

A.  On February 8, 2023, Antonio Reinaldo Rabelo Filho, in his capacity as then foreign representative of Oi S.A. – Em Recuperação Judicial ("**Oi**"), Oi Brasil Holdings Coöperatief U.A. – Em Recuperação Judicial ("**Coop**"), and Portugal Telecom International Finance B.V. – Em Recuperação Judicial ("**PTIF**") (collectively, the "**Chapter 15 Debtors**" or "**RJ Debtors**"), commenced the above-captioned case for the Chapter 15 Debtors with the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") by and through the Chapter 15 Debtors' counsel, White & Case LLP.

---

[1] The debtors in the above-captioned cases (the "Chapter 15 Cases"), along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Oi S.A. – Em Recuperação Judicial (01-43 – Brazil), Oi Brasil Holdings Coöperatief U.A. – Em Recuperação Judicial (8447 – Netherlands), Portugal Telecom International Finance B.V. – Em Recuperação Judicial (5023 – Netherlands).

B.     On June 3, 2025, Rodrigo Caldas de Toledo Aguiar informed this Court he had been appointed as the Chapter 15 Debtors' new foreign representative [ECF No. 45].  Mr. Aguiar maintained White & Case in its role as counsel for the foreign representative and Chapter 15 Debtors.

C.     On March 3, 2026, Fabio Wagner informed this Court he had been appointed as the Chapter 15 Debtors' new foreign representative [ECF No. 140].  Mr. Wagner has retained Chaffetz Lindsey LLP to serve as his and the Chapter 15 Debtors' counsel in this case to replace White & Case LLP.

D.      Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York (the "**Local District Court Rules**") and Rule 2090-1(e) of the Local Bankruptcy Rules for the Southern District of New York (the "**Local Bankruptcy Rules**"), the undersigned understand that Bankruptcy Court approval is required to effectuate the proposed substitution.

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, in consideration of the recitals, pursuant to Local District Court Rule 1.4 and Local Bankruptcy Rule 2090-1(e), and subject to the approval of the Bankruptcy Court and effective immediately thereafter, that Chaffetz Lindsey LLP is hereby substituted as counsel of record for the Chapter 15 Debtors in the above-captioned chapter 15 case in the place of White & Case LLP and also shall be counsel to Mr. Wagner in his role as Foreign Representative in this case.

Dated: March 6, 2026

*/s/ Ricardo M. Pasianotto*
**WHITE & CASE LLP**
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
Philip M. Abelson
Ricardo M. Pasianotto
Claire M. Campbell
David Kim
Peter Strom
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Richard S. Kebrdle (admitted pro hac vice)

111 South Wacker Drive, Suite 5100
Chicago, IL 60606
(312) 881-5400
Jason N. Zakia (admitted pro hac vice)

*Outgoing Counsel to the Chapter 15 Debtors and the former Foreign Representative*

Date: March 6, 2026

*/s/ Alan J. Lipkin*
**CHAFFETZ LINDSEY LLP**
1700 Broadway, 33rd Floor
New York, NY 10019
Alan J. Lipkin
Erin Valentine
Marcel Engholm
a.lipkin@chaffetzlindsey.com
e.valentine@chaffetzlindsey.com
m.engholm@chaffetzlindsey.com

*Incoming Counsel for the Foreign Representative and Chapter 15 Debtors*

**IT IS SO ORDERED:**

Dated: March 10, 2026
      New York, New York

*/s/ Lisa G. Beckerman*
HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE