**PAUL HASTINGS LLP**
Geoffrey M. King
Louise K. Simpson
71 S. Wacker Drive, Forty-Fifth Floor
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email:  geoffking@paulhastings.com
         louisesimpson@paulhastings.com

*Counsel to GLAS Americas, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 15 |
| OI S.A., *et al.*, | : | Case No. 23-10193 (LGB) |
| Debtors in a Foreign Proceeding.[1] | : | (Jointly Administered) |

# NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PLEADINGS

**PLEASE TAKE NOTICE** that the undersigned hereby appear as counsel to GLAS Americas, LLC ("GLAS") as in its capacity as Intercreditor Agent and Collateral Agent under that certain Intercreditor Agreement, dated as of August 8, 2024 among Oi S.A. – in Judicial Reorganization as the Company, Rio Alto Investimentos E Participações, S.A., as Grantor, the other Grantors from time to time party thereto, UMB Bank, N.A., as Trustee for the First Priority Noteholders and the Roll-Up Noteholders, BGC Fibra Participações S.A., as V. Tal Debentureholder, V. Tal. – Rede Neutra de Telecomunicações S.A., as Activation Fee Creditor,

---

[1] The debtors in these chapter 15 cases, along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Oi S.A. (01-43-Brazil), Oi Brasil Holdings Coöperatief U.A. (8447-Netherlands), Portugal Telecom International Finance B.V. (5032-Netherlands).

the TOP Creditors, GLAS, each of the other Secured Parties from time to time party thereto, and each additional Representative from time to time party thereto in the above-captioned chapter 15 cases pursuant to Rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, and orders, or other documents, filed or entered in these cases, be transmitted to:

Geoffrey M. King
Louise K. Simpson
**PAUL HASTINGS LLP**
71 S. Wacker Drive, Forty-Fifth Floor
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100
Email: geoffking@paulhastings.com
louisesimpson@paulhastings.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise filed with regard to the above cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, claim, or suit shall waive any rights of GLAS to (a) have final orders in non-core matters entered only after *de novo* review by a District Court judge, (b) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (c) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs or

recoupments, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

|  |  |
|---|---|
| Dated: March 10, 2026<br>      Chicago, Illinois | Respectfully submitted,<br><br>/s/ Geoffrey M. King<br>**PAUL HASTINGS LLP**<br>Geoffrey M. King<br>Louise K. Simpson<br>71 S. Wacker Drive, Forty-Fifth Floor<br>Chicago, Illinois 60606<br>Telephone: (312) 499-6000<br>Facsimile: (312) 499-6100<br>Email: geoffking@paulhastings.com<br>       louisesimpson@paulhastings.com<br><br>*Counsel to GLAS Americas, LLC* |