quinn emanuel trial lawyers | new york

295 Fifth Avenue, 9th Floor, New York, New York 10016 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7341**

WRITER'S EMAIL ADDRESS
**benjaminfinestone@quinnemanuel.com**

April 10, 2026

**By ECF Filing**

Hon. Lisa G. Beckerman
U.S. Bankruptcy Judge
U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re:  *In re Oi S.A., et al.* Case No. 23-10193 (LGB)

Dear Your Honor:

We write on behalf of our clients BGC Fibra Participações S.A. and V.tal – Rede Neutra de Telecomunicações S.A. (collectively, "V.tal"), pursuant to this Court's request during today's status conference for the V.tal loan documents, which are attached hereto, along with machine translations of each, as Exs. A–F.

V.tal respectfully directs this Court to the following sections of these documents:

(a)     Section 16.1 of the Private Instrument of Deed provides that "[t]he central forum of the District of Rio de Janeiro, State of Rio de Janeiro, is hereby elected, to the exclusion of any other, however privileged it may be, to resolve any issues that may arise from this Deed of Issue."  *See* Ex. B, at 82 of 138.

(b)     Section 14.1 of the Fiduciary Lien of V.tal's Shares provides that "[t]he Central Court of the District of Rio de Janeiro, State of Rio de Janeiro, is elected as competent to hear any dispute or controversy arising from this Contract, with waiver expressed to any other, however privileged."  *See* Ex. D, at 32 of 49.

Respectfully,

/s/ *Benjamin I. Finestone*
Benjamin I. Finestone
Counsel to BGC Fibra Participações S.A. and
V.tal – Rede Neutra de Telecomunicações S.A.