**DAVIS POLK & WARDWELL LLP**
Elliot Moskowitz
David Schiff
Marc J. Tobak
Joseph W. Brown
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

*Counsel to the Ad Hoc Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Oi S.A., *et al.*,[1] | Case No. 23-10193 (LGB) |
| Debtors in Foreign Proceeding. | (Jointly Administered) |

**THE AD HOC GROUP'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE AD HOC GROUP TO EXCEED THE PAGE LIMIT IN ITS REPLY TO OBJECTIONS TO THE AD HOC GROUP'S MOTION TO ENFORCE THIS COURT'S PRIOR ORDER**

The ad hoc group of secured noteholders[2] (the "**Ad Hoc Group**"), through its undersigned counsel, hereby respectfully submits this motion (the "**Motion**") seeking entry of an order substantially in the form attached hereto as Exhibit A (the "**Proposed Order**"), authorizing the Ad Hoc Group leave to exceed the Court's 15-page limitation imposed by the Chamber's Rules of

---

[1] The Debtors in these chapter 15 cases, along with the last four digits of each Debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Oi S.A. – Em Recuperação Judicial (01-43 – Brazil), Oi Brasil Holdings Coöperatief U.A. – Em Recuperação Judicial (8447 – Netherlands), Portugal Telecom International Finance B.V. – Em Recuperação Judicial (5023 – Netherlands) (collectively, "**Oi**").

[2] The holders and/or their affiliated, managed, advised and/or sub-advised funds and accounts are beneficial owners of (a) the 10.000% / 13.500% PIK Toggle Senior Secured Notes due 2027 (the "**NPSD Notes**" and the indenture issuing the NPSD Notes, the "**NPSD Indenture**") and (b) the 8.50% PIK Subordinated Secured Notes due 2028 (the "**RUD Notes**" and, the indenture issuing the RUD Notes, the "**RUD Indenture**" and, the RUD Notes together with the NPSD Notes, the "**Notes**" and, the NPSD Indenture together with the RUD Indenture, each, an "Indenture," and together, the "**Indentures**", and the holders thereof, the "**Noteholders**"), in each case issued by Oi. The NPSD Indenture is included as Exhibit 10 to the Vaz Declaration. Where identical provisions appear at the same place in each Indenture, such provisions will be cited to the "Indentures." UMB Bank N.A. is trustee (the "**Indenture Trustee**"), and GLAS Americas is collateral agent (the "**Collateral Agent**"), under the Indentures.

the Honorable Lisa G. Beckerman (the "**Page Limit**") in its reply brief (the "**Reply**") filed contemporaneously herewith to the Objections (as defined below) filed to the *Motion for an Order to (I) Enforce this Court's Prior Order Granting Full Force and Effect to the Brazilian RJ Plan in the United States and (II) Grant Related Relief* [ECF No. 163] (the "**Motion to Enforce**"). In support of this motion, the Ad Hoc Group respectfully states as follows:

## RELIEF REQUESTED

1.      The Ad Hoc Group respectfully requests entry of an order authorizing that the page limit for the Reply be increased to no more than 25 pages, exclusive of the caption, table of contents, table of authorities, signature page, any exhibits thereto and any accompanying documents thereto.

## JURISDICTION AND VENUE

2.      The Court has jurisdiction to consider this Motion pursuant to sections 157 and 1334 of title 28 of the United States Code, the Amended Standing Order of Reference from the United States District Court for the Southern District of New York, dated as of January 31, 2012.

3.      This is a core proceeding under section 157(b)(2) and (2)(P) of title 28 of the United States Code.

4.      Venue is proper in this district pursuant to section 1410 of title 28 of the United States Code.

## BACKGROUND

5.      On April 6, 2026, the Ad Hoc Group filed the Motion to Enforce.

6.      On April 11, 2026, Oi filed the *Objection to Motion for an Order to Enforce this Court's Prior Full Force and Effect Order and Related Relief* [ECF No. 182] (the "**Oi Objection**") and BGC Fibra Participações S.A. and V.tal – Rede Neutra de Telecomunicações S.A. filed the

*Objection to Motion for an Order to (I) Enforce this Court's Prior Order Granting Full Force and Effect to the Brazilian RJ Plan in the United States and (II) Grant Related Relief* [ECF No. 180] (the "**BGC/V.tal Objection** and, together with the Oi Objection, the "**Objections**").

## BASIS FOR RELIEF

7.      The Ad Hoc Group's Reply responds completely to the various arguments raised in the two separate Objections, which together total some 64 pages of briefing, along with substantial foreign law declarations.  Rather than file a separate reply brief to each Objection, the Ad Hoc Group is seeking permission to file a consolidated Reply of 25 pages in response to both Objections.  Given the significant interests at stake and the importance of the relief requested, the Ad Hoc Group required additional pages to fully articulate its position and adequately respond to the arguments raised in the two Objections.  Additionally, the consolidated Reply is five fewer pages than the 30 pages the Ad Hoc Group would have been allotted had it responded to each Objection separately, and the Ad Hoc Group's consolidated Reply will allow the Court more efficient review.

## NOTICE

8.      The Ad Hoc Group submits that, in light of the nature of the relief requested and the present time constraints, no other or further notice need be given.

## NO PRIOR REQUEST

9.      No prior request for the relief sought in this motion has been submitted to this Court or any other Court.

## CONCLUSION

For the foregoing reasons, the Ad Hoc Group respectfully requests entry of the Proposed

Order granting the relief requested herein and granting other relief as the Court deems just and

proper.

Dated:    April 13, 2026
New York, New York

DAVIS POLK & WARDWELL LLP

By:   */s/ Elliot Moskowitz*

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Elliot Moskowitz
David Schiff
Marc J. Tobak
Joseph W. Brown

*Counsel to the Ad Hoc Group*

Exhibit A

Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Oi S.A., *et al.*,[1] | Case No. 23-10193 (LGB) |
| Debtors in Foreign Proceeding. | (Jointly Administered) |

**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE AD HOC GROUP TO EXCEED THE PAGE LIMIT IN ITS REPLY TO OBJECTIONS TO THE AD HOC GROUP'S MOTION TO ENFORCE THIS COURT'S PRIOR ORDER**

Upon the *Motion for Entry of an Order Authorizing the Ad Hoc Group to Exceed the Page Limit in its Reply to Objections to the Ad Hoc Group's Motion to Enforce this Court's Prior Order* (the "**Motion**")[2] of the Ad Hoc Group for entry of an order (this "**Order**") authorizing the Ad Hoc Group to exceed the Page Limit in its Reply filed contemporaneously herewith; and this Court having jurisdiction over this matter pursuant to sections 157 and 1334 of title 28 of the United States Code and the Amended Standing Order of Reference from the United States District Court for the Southern District of New York, dated as of January 31, 2012; and this being a core proceeding under section 157(b)(2) and (2)(P) of title 28 of the United States Code; and venue being proper before this Court pursuant to section 1410 of title 28 of the United States Code; and this Court having found that the Ad Hoc Group's notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion

---

[1] The Debtors in these chapter 15 cases, along with the last four digits of each Debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Oi S.A. – Em Recuperação Judicial (01-43 – Brazil), Oi Brasil Holdings Coöperatief U.A. – Em Recuperação Judicial (8447 – Netherlands), Portugal Telecom International Finance B.V. – Em Recuperação Judicial (5023 – Netherlands).

[2] Capitalized terms used herein, but not otherwise defined, shall have the meanings ascribed to them in the Motion.

1

and determined that the legal and factual bases set forth in the Motion establish just cause for the

relief granted herein;

IT IS HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      The Ad Hoc Group's Reply may exceed the Page Limit by ten pages, totaling 25

pages, exclusive of the caption, table of contents, table of authorities, signature page, any exhibits

thereto and any accompanying documents thereto.

3.      The Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation, interpretation, and enforcement of this Order.


Dated: _____ 2026
New York, New York


_____
THE HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE

2