**DAVIS POLK & WARDWELL LLP**
Elliot Moskowitz
David Schiff
Marc J. Tobak
Joseph W. Brown
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

*Counsel to the Ad Hoc Group*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Oi S.A., *et al.*,[1] | Case No. 23-10193 (LGB) |
| Debtors in Foreign Proceeding. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON APRIL 15, 2026 AT 10:00 A.M.**

Date and Time of Hearing:     April 15, 2026 at 10:00 am (prevailing Eastern Time)

Location of Hearing:     The Hearing will be held virtually via Zoom for Government, and any party in interest objecting to the Motion or the relief requested therein must appear at the Hearing at the time set forth above (unless ordered otherwise by the Bankruptcy Court). Any party in interest wishing to appear at the Hearing, whether making a "live" or "listen only" appearance before the Court, must make an electronic appearance through the "eCourtAppearances" tab on the Bankruptcy Court's website (https://www.nysb.uscourts.gov/content/judgelisa-g-beckerman) on or before 4:00 p.m. (prevailing Eastern Time) the business day before the Hearing (the "Appearance Deadline") and not by emailing or otherwise contacting the Bankruptcy Court.

---

[1] The Debtors in these chapter 15 cases, along with the last four digits of each Debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Oi S.A. – Em Recuperação Judicial (01-43 – Brazil), Oi Brasil Holdings Coöperatief U.A. – Em Recuperação Judicial (8447 – Netherlands), Portugal Telecom International Finance B.V. – Em Recuperação Judicial (5023 – Netherlands).

**I.   CONTESTED MATTERS GOING FORWARD**

1. Motion for an Order to (I) Enforce this Court's Prior Order Granting Full Force and Effect to the Brazilian RJ Plan in the United States and (II) Grant Related Relief [**ECF No. 163**]

   Objections:

   A.   Objection to Motion for an Order to (I) Enforce this Court's Prior Order Granting Full Force and Effect to the Brazilian RJ Plan in the United States and (II) Grant Related Relief [**ECF No. 180]**

   B.   Objection to Motion for an Order to Enforce this Court's Prior Full Force and Effect Order and Related Relief [**ECF No. 182**]

   Reply:

   A.   Ad Hoc Group's Reply to Objections to its Motion for an Order to (I) Enforce this Court's Prior Order Granting Full Force and Effect to the Brazilian RJ Plan in the United States and (II) Grant Related Relief [**ECF No. 187]**

   Related Documents:

   A.   Declaration of Guilherme Vaz Leal da Costa in Support of Motion of the Ad Hoc Group for an Order to (I) Enforce this Court's Prior Order Granting Full Force and Effect to the Brazilian RJ Plan in the United States and (II) Grant Related Relief [**ECF No. 164]**

   B.   Statement of GLAS Americas, LLC in Respect of the Ad Hoc Group of Secured Noteholders' Motion for an Order to (I) Enforce This Court's Prior Order Granting Full Force and Effect to the Brazilian RJ Plan in the United States and (II) Grant Related Relief [**ECF No. 179**]

   C.   Declaration of Marcelo Lamego Carpenter in Support of BGC's and V.Tal's Opposition to Ad Hoc Group's April 6, 2026 Motion [**ECF No. 181**]

   D.   Declaration of Thiago Peixoto Alves in Support of Objection of Chapter 15 Debtors and Foreign Representative to Motion to Enforce FFE Order [**ECF No. 183**]

   E.   Joinder of UMB Bank, N.A., as Indenture Trustee, in Support of the Ad Hoc Group of Secured Noteholders' Motion for an Order to (I) Enforce this Court's Prior Order Granting Full Force and Effect to the Brazilian RJ Plan in the United States and (II) Granting Related Relief [**ECF No. 184**]

2

    F.      Supplemental Declaration of Guilherme Vaz Leal da Costa in Support of Motion of the Ad Hoc Group for an Order to (I) Enforce this Court's Prior Order Granting Full Force and Effect to the Brazilian RJ Plan in the United States and (II) Grant Related Relief [**ECF No. 188**]

    G.      Response to the Statement of GLAS Americas, LLC and the Joinder of UMB Bank, N.A. [**ECF No. 190**]

Status: This matter is going forward.

Dated April 14, 2026
New York, New York

DAVIS POLK & WARDWELL LLP

By:    */s/ Elliot Moskowitz*

450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile:  (212) 701-5800
Elliot Moskowitz
David Schiff
Marc J. Tobak
Joseph W. Brown

*Counsel to the Ad Hoc Group*