**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| Oi S.A., *et al.*,[1] | Case No. 23-10193 (LGB) |
| Debtors in Foreign Proceeding. | (Jointly Administered) |

**ORDER DENYING AD HOC GROUP'S MOTION TO ENFORCE**

Upon the filing of the Ad Hoc Group's[2] Motion to Enforce this Court's Prior Order [ECF 163] (the "**Motion**"), supported by the Declaration of Guilherme Vaz Leal da Costa [ECF 164], on April 6, 2026; and objections to the relief sought in the Motion having been filed on April 11, 2026 (i) by the Debtor [ECF 182], which was supported by the Declaration of Thiago Peixoto Alves [ECF 183], and (ii) jointly by BGC Fibra Participacoes S.A ("**BGC**") and V.Tal [ECF 180], which was supported by the Declaration of Marcelo Lamego Carpenter [ECF 181]; and GLAS Americas, LLC ("**GLAS**") having filed a Statement [ECF 179] (the "**GLAS Statement**") in connection with the Motion on April 11, 2026; and UMB Bank, N.A. ("**UMB**") having filed a Joinder to the Motion [ECF 184] (the "**UMB Joinder**") on April 11, 2026; and the Ad Hoc Group having filed a Reply to the joint objection of BGC and V.Tal [ECF 187], supported by the Supplemental Declaration of Guilherme Vaz Leal da Costa [ECF 188], on April 13, 2026; and BGC and V.Tal having jointly filed a Response [ECF 190] to the Glas Statement and the UMB Joinder on April 13, 2026; and various letter correspondence having been filed by the Debtor [ECF

---

[1] The Debtors in these chapter 15 cases, along with the last four digits of each Debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Oi S.A. – Em Recuperação Judicial (01-43 – Brazil), Oi Brasil Holdings Coöperatief U.A. – Em Recuperação Judicial (8447 – Netherlands), Portugal Telecom International Finance B.V. – Em Recuperação Judicial (5023 – Netherlands).

[2] Capitalized terms used herein, but not otherwise defined, shall have the meanings ascribed to them in the Motion.

1

167 and 171], the Ad Hoc Group [ECF 170], and jointly by BGC and V.Tal [ECF 176 and 177];

and, on April 15, 2026, BGC and V.Tal having jointly filed a letter [ECF 195] informing the Court

of decisions issued in the RJ Proceeding dated April 14, 2026 by the 7th Business Court of the

City and State of Rio de Janeiro; and the Court having carefully reviewed all of the aforementioned

filings and attachments thereto; and the Court having held a hearing (the "**Hearing**") to consider

the Motion and the related pleadings on April 15, 2026, at which appeared the foreign

representative, the declarants, and counsel for each of the Debtor, the Ad Hoc Group, GLAS,

UMB, and BGC and V.Tal jointly; and upon the record of the Hearing; and, after careful

consideration and due deliberation,

**IT IS HEREBY:**

**ORDERED**, that, for the reasons given on the record of the Hearing, the Motion is **DENIED**.

Dated: April 16, 2026
      New York, New York

*/s/ Lisa G. Beckerman*
THE HONORABLE LISA G. BECKERMAN
UNITED STATES BANKRUPTCY JUDGE

2